- Arizona's Pandemic Unemployment Assistance Portal
- Contact Us
- 120 W 1st Ave
- Mesa, AZ 85210

Copyright © 1998-2021 Geographic Solutions, Inc. All rights reserved.
**Virtual One Stop** - Sapphire



**Chris Sprit <csyphrit@azdes.gov>**
Jul 26, 3:09 PM (4 days ago)

to me

I have attached the Blank weekly claim form for you to fill out and file for week 6/12/21.

You will have to report any earnings you may have received in the week they were earned.

IT IS VERY IMPORTANT THAT THE WEEK ENDING DATES ARE SATURDAYS.

Once those weekly claims have been uploaded into your PUA documents, please respond to this email.

If you need any clarification, please don't hesitate to call me.

I HAVE ATTACHED THE BLANK WEEKLY CLAIM FORM TO THIS EMAIL.

**Thank You,**

**Chris Sprit**
**Deputy # 331**
**Program Service Evaluator III**
**Department of Economic Security**
**Phone: (520) 638-4265  M-F 7:00 a.m. – 5:30 p.m.**
**CSyphrit@azdes.gov**

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

Attachments area

## Encrypted attachment warning

– Be careful with this attachment. This message contains 1 encrypted attachment that can't be scanned for malicious content. Avoid downloading it unless you know the sender and are confident that this email is legitimate.

**Free Fruits and Vegies <rawveganpaia@gmail.com>** Jul 27, 7:12 AM (3 days ago)

to Chris

Chris,

Thanks very much for your nice call. I slept well tonight for the first time in a few weeks. I will work on this form.

One soldier to another, very kind regards,

Jeffery Bernstein

-1-

**Free Fruits and Vegies <rawveganpaia@gmail.com>**
Tue, Jul 27, 9:25 AM (3 days ago)

to Chris

Chris,

Thanks for all of your time on this. I have now downloaded the filled out attachment into my portal.

Very kind regards,

Jeffery Bernstein



**Chris Sprit**
Tue, Jul 27, 11:30 AM (3 days ago)

to me

I've reconsidered the indefinite disqualification for the inadequate work search in your favor. There is still a programming error issue on your claim that's being addressed by the software vendor's development team.  T

hat error happened to several claims on 7/23/21.
However, the system looks like your missed weeks will be released tomorrow.  I'll check first thing in the morning.

Remember, I won't be happy until I hear from you that you have access to these funds, so please just reply here when you do.

**Free Fruits and Vegies <rawveganpaia@gmail.com>**
Tue, Jul 27, 3:37 PM (3 days ago)

to Chris

Thanks very much Chris for all your help. Very kind regards, Jeffery



**Chris Sprit**
Wed, Jul 28, 8:57 AM (2 days ago)

to me

I'm showing that your funds were released via direct deposit today but have not yet cleared our bank.  Depending on the banking institution, it could take up to 72 business hours, but I bet you see them by the end of the day today or tomorrow.

DL1-2014A
Revised July 2015

There is an important document attached. Please review and take the appropriate action needed.

Please let me know when you have access to those funds. I won't be happy until I hear it from you.

You are receiving this email, because you are a registered member of Arizona's Pandemic Unemployment Assistance Portal, and you were selected as a recipient for an email from another member, staff, or an automated process. If you would like to unsubscribe to all emails from Arizona's Pandemic Unemployment Assistance Portal, Click Here.

Attachments area

**Arizona's Pandemic Unemployment Assistance Portal** <s (3 hours ago)

to me

**Free Fruits and Vegies** <rawveganpaia@gmail.com>
Jul 28, 10:49 AM (2 days ago)

Attachments area

to Chris

**Free Fruits and Vegies** <rawveganpaia@gmail.com> 8:06 PM (32 minutes ago)

Chris,

Thanks very much for your help. One soldier to another.

to Chris

Jeffery

Attachments area

# PANDEMIC UNEMPLOYMENT ASSISTANCE DISQUALIFYING DETERMINATION

Inbox

**Free Fruits and Vegies** <rawveganpaia@gmail.com> 8:06 PM (32 minutes ago)

to Chris

Attachments area

**Free Fruits and Vegies** <rawveganpaia@gmail.com> 8:07 PM (0 minutes ago)

to live-replyto-10677.b157df6c-e4f2-4dca-8bce-b9e1f4106ac0

**Arizona's Pandemic Unemployment Assistance Portal** <systemalert@geosolinc.com>
11:30 AM (3 hours ago)

Bruce Brown from Jeffery Bernstein...three adjudicators on this at once...an approval...then denial then another denial a few minutes later...

to me

Spoke to Chris a half an hour on the phone said tons of people reviewed my file in the past all approved and he spent hours reviewing my file and all was approved.

-1-

DL1-2014A
Revised July 2015

---------- Forwarded message --------

From: **Arizona's Pandemic Unemployment Assistance Portal** <systemalert@geosolinc.com>
Date: Fri, Jul 30, 2021 at 11:30 AM
Subject: PANDEMIC UNEMPLOYMENT ASSISTANCE DISQUALIFYING DETERMINATION
To: <rawveganpaia@gmail.com>

There is an important document attached. Please review and take the appropriate action needed.

You are receiving this email, because you are a registered member of Arizona's Pandemic Unemployment Assistance Portal, and you were selected as a recipient for an email from another member, staff, or an automated process. If you would like to unsubscribe to all emails from Arizona's Pandemic Unemployment Assistance Portal, Click Here.
Attachments area

**Free Fruits and Vegies**                    3:08 PM
                                              (0 minutes
                                              ago)

to live-replyto-10677.b157df6c-e4f2-4dca-8bce-b9e1f4106ac0

---------- Forwarded message --------

From: **Arizona's Pandemic Unemployment Assistance Portal** <systemalert@geosolinc.com>
Date: Fri, Jul 30, 2021 at 11:30 AM
Subject: PANDEMIC UNEMPLOYMENT ASSISTANCE DISQUALIFYING DETERMINATION
To: <rawveganpaia@gmail.com>

There is an important document attached. Please review and take the appropriate action needed.

You are receiving this email, because you are a registered member of Arizona's Pandemic Unemployment Assistance Portal, and you were selected as a recipient for an email from another member, staff, or an automated process. If you would like to unsubscribe to all emails from Arizona's Pandemic Unemployment Assistance Portal, Click Here.
Attachments area

👤   Reply Forward

# PANDEMIC UNEMPLOYMENT ASSISTANCE QUALIFYING DETERMINATION

Inbox

---------- Forwarded message --------

From: **Arizona's Pandemic Unemployment Assistance Portal** <systemalert@geosolinc.com>
Date: Fri, Jul 30, 2021 at 11:30 AM
Subject: PANDEMIC UNEMPLOYMENT ASSISTANCE DISQUALIFYING DETERMINATION
To: <rawveganpaia@gmail.com>

There is an important document attached. Please review and take the appropriate action needed.

You are receiving this email, because you are a registered member of Arizona's Pandemic Unemployment Assistance Portal, and you were selected as a recipient for an email from another member, staff, or an automated process. If you would like to unsubscribe to all emails from Arizona's Pandemic Unemployment Assistance Portal, Click Here.
Attachments area

**Free Fruits and Vegies**          3:07 PM (0
                                    minutes
                                    ago)

to live-replyto-10677.b157df6c-e4f2-4dca-8bce-b9e1f4106ac0

---------- Forwarded message --------

From: **Arizona's Pandemic Unemployment Assistance Portal** <systemalert@geosolinc.com>
Date: Fri, Jul 30, 2021 at 11:32 AM
Subject: PANDEMIC UNEMPLOYMENT ASSISTANCE

DLI-2014A
Revised July 2015

**Arizona's Pandemic Unemployment Assistance Portal** <dluidesk@adeverything.gov>

11:22 AM (3 hours ago)

to me

There is an important document attached. Please review and take the appropriate action needed.

You are receiving this email, because you are a registered member of Arizona's Pandemic Unemployment Assistance Portal, and you were selected as a recipient for an email from another member, staff, or an automated process. If you would like to unsubscribe to all emails from Arizona's Pandemic Unemployment Assistance Portal, Click Here.

Attachments area

---

by the adjudicator and everything was fine with my file. I have had my file reviewed about thirty times already. Then today I asked Bruce Brown at the Arizona Attorney Generals office if he can get me a letter for assisting DES. Then I get an approval of PUA letter and then ten minutes later I get a letter of denial all the way back to the beginning of Covid. It claims I did not have proof Covid effected my employment, yet my tutor income went to zero, and I spent out of my own savings through the Church of Natural Hygiene, Inc. an additional $20,000 in losses to assist other people from all the effects of the shutdown and Covid, so Covid caused the Church losses and the tutoring business to zero. I submitted all these documents in the portal, Chris confirmed this, Misty his boss confirmed this to me on the phone months ago, I was approved now about three times in the past, and Chris said my file was reviewed many times in the past. So it looks like someone is really pissed at me for all the just complaints I am filing, that is how I see things.

Please let me know what is going on, I am about to throw up.

Jeffery Bernstein

Attachments area

---

**Free Fruits and Vegies** <rawveganpaia@ymail.com>

2:05 PM (37 minutes ago)

to Chris

Chris I am about to puke...I just left you a voicemail.

Please call me thanks

Attachments area

---

**Free Fruits and Vegies** <rawveganpaia@gmail.com>

2:42 PM (31 minutes ago)

to Michael, Chris

Michael,

I am about to throw up. I had a half an hour conversation on the

---

**Free Fruits and Vegies** <rawveganpaia@gmail.com>

2:45 PM (27 minutes ago)

to misty. Sweet

Misty this is very important, please forward this message to Bruce Brown today this is very important.

Bruce,

Just after you sent that email all hell broke loose. I told you what was going on. This is now more proof of retaliation and evidence I am being targeted.

I was so happy after our call I thought this was the end of things, all was resolved, I might get a letter.

Please call me and let me know what in the world is going on? I am getting very sick now, about to puke. This is not good with my multiple sclerosis disability.

Thanks much,

Jeffery Bernstein

DL1-2014A
Revised July 2015

Attachment's area

**Free Fruits and Vegies** <rawveganpaia@gmail.com>
2:49 PM (24 minutes ago)

to Michael, misty. sweet

Misty please forward to Bruce Brown...approved and ten minutes later denied today.... there are pissed off people at me at DES and I feel like I am being targeted. I am about to throw up.

Attachment's area

**Free Fruits and Vegies** <rawveganpaia@gmail.com>
3:05 PM (7 minutes ago)

to live-replyto-10677.b157df6c-e4f2-4dca-8bce-b9e1f4106ac0,

**To Bruce Brown from Jeffery Bernstein. Body is shaking about to puke**

Attachment's area

Reply Forward

Bruce Brown,

If you look at the documents of denial first, they deny me from March 2021 to September then two minutes later they change it from all the way back to the beginning. It looks like a very pissed off adjudicator who just wanted to jam back the max on me and realized they miss their opportunity and wanted to start from the beginning. Also, this denial is not even legal. In order to get back paid PUA all the way back from the beginning Congress confirmed that DES must prove severe fraud. Yet as

I spoke with Chris on the phone all my documents were in the portal showing everything. Clearly DES is pissed like hell at me and retaliating against me after that email you sent them and the posts and comments I was making on the Facebook page, etc.

If you read the Arizona Complaint large document I showed you, you can see this kind of retaliatory behavior over and over again. It's a pattern of a much larger issue here. Anyways I thought this was all resolved after we spoke on the phone, but it looks like not.

Jeffery Bernstein

# Jeffery Bernstein-Very Very Important
Inbox

**Jeffery Bernstein** <freefruitsvegetables@gmail.com>
5:46 PM (28 minutes ago)

to live-replyto-10677.b157df6c-e4f2-4dca-8bce-b9e1f4106ac0,

Dear Michael director of DES, and all other people cc here,

I hope you are doing well but this is getting me very sick here. I have a massive headache now and very close to puking. This is not fare and not healthy for me given I have a disability of multiple sclerosis. I have a central nervous system disorder and feel my blood pressure getting higher. I really am doing the very best to soldier up and try to deal with this, but there is only so much stress one man can take. Let me summarize what is happening here in as simple as possible.

1)  I have two math degrees and ran a math tutoring business for many years up to Covid. Once Covid hit the entire country shut down, my tutor revenue went to zero. Also, I set up a Church, by paying $35 and a small fee and got an EIN number, etc. prior to Covid and was an unpaid volunteer and manager of the Church. I consider this in the category as gig work as I understood it religious volunteering falls in that category, and I was approved for PUA many times over the year on that premise. Also, my file has been reviewed by at least twenty people I estimate and all approved all with no problems was the impression I got just recently talking with a level III adjuster Chris (see emails).  In addition, I have spent over $20,000 more of my savings before Covid to assist people donated to the Church so Covid absolutely had a negative effect on my savings. I explained this over and over again in the portal and was repeatedly approved PUA. Meaning before Covid I was donating around $10,000 of my savings to help the poor but when Covid hit, I was donating through religious volunteering $30,000 per year. So clearly Covid has a negative impact on me and my savings, the religious

-1-

volunteering, etc. So clearly, I was unemployed as a result of Covid. Massive additional losses to the Church a volunteer, and a tutor business going to zero. Over fifty documents, many affidavits signed by many high-level people, tons of other documents, etc. all are in the portal so the denial letter claiming that I did not upload these documents is completely false and Chris can confirm this has he confirmed this on the phone with me as well as I have screenshots of all the documents in the portal uploaded that Bruce Brown has in his file. Also, the Governor's office has all these documents on their file as well as I submitted them to engage, so all this is on my file and documented over and over again, so clearly it looks like many people at DES are mad at me, same thesis I have been bringing home over and over again, like fifty emails to the Governor's office. Also, I just sent the Governor's office the complaints, it's like every time I do that something bad happens, I have absolutely no clue what is going on here, way beyond me, I just know I keep filing complaints that have just value merit.

2)   After submitting close to ten Federal and State complaints with hundreds of documents, I was then accused of fraud for forgetting one months of tutor income. This can be seen by evidence I have submitted to you in the past and files I have on record. With your assistance we cleared that mess up. As I later remembered the information for that month as I have a memory issue. Also, as you remember I was given only 48 hours to supply affidavits that could take months to get and the adjuster did not even email me with the 48 hour clock starting. Even after a miracle I was able to get the affidavits on time, I was still accused of fraud and denied. One day later

after my criminal defense lawyer helped me, the claim was reversed probably with your help as I explained over and over again, I have a memory disability. I believe the 48-hour jam was correlated to all the previous Federal and State complaints I filed in the past as that is my opinion.

3)   Many more nightmares of my account being investigated over and over again, issue after issue, each time an adjudicator clearing the issue and reviewing my file over and over again each time confirming everything was fine. Many adjudicators, Misty a top manager all confirming over and over again by email and phone everything is fine with my file. Months of stress, lost health, thousands in legal bills, medical bills, lost sleep, sickness, etc. over this.

4)   I could only handle so much of this, so I email you last week. Then you helped me by introducing me to Chris a top adjudicator who then confirms with me on the phone that he spent hours revising my file and all is good and to call him if any issues.

5)   I then notice massive issues in the Facebook page of DES clawing back money from tons of people all the way from the beginning of Covid, I repot this on Facebook and to Bruce Brown at the risk management of Arizona. I was concerned for my safety at that point and asked Bruce if he can get me a letter from DES stating I had been helpful to DES.

6)   The same day today I get an approval of PUA, even know I just got paid by Chris at DES so no reason for an approval, and then a few minutes later as you can see in the log two denials. I now need to appeal three times it looks like. I have a disability so this would be very hard for me. It looks like I am being snowed in with paperwork here. Why was I approved then denied a few minutes later, it looks like multiple adjudicators are disagreeing? Chris told me I could call or email him at any time and told me his boss Misty also agreed to this and they would help me if I had any issues. Now I can't reach Chris by phone or email. I almost puked and now have a massive headache. I now need to form a reconsideration. Can you please use this email to contact Misty to find out what is going on? You know Misty as she is a top manager under you, I was told. My hands are shaking, and my left blood vessel is getting weak. I can only do so much here.  Why do people with disabilities get so much harassment by DES?

Thanks for your help, I can only do so much. I only want to help people in this country, practice my religious belief to serve others in need under the Krishna teachings. I will continue to be strong and have faith in God, that is all I can do here in these tuff times. All my love to all of you.

Jeffery Bernstein

-1-

**Shortcut Keys:** Access Message Folders with Alt and/or Shift + O then arrow up or down.
Access Messages with Alt and/or Shift + M.
Access My Folders with Alt and Shift + F.

- Folders
  - Inbox **(3)**
  - Deleted
  - Junk
  - Sent
- My Folders

**Mail Deli very Sub syst em**
Address did not find Your message wasn't delivered to casework@ typos or unnecessary

5:47 PM (28 minutes ago)

**Mail Deli very Sub syst em**
Address did not find Your message wasn't delivered to mflorez@a MORE The response

5:47 PM (28 minutes ago)



| Viewed Status | Attachments | From | Subject | Msg Date |
|---|---|---|---|---|

<freefruitsvegetables@gmail.com>
to live-reply-10077.b157d16c-a4f2-4dca-8bce-b8e1f44003c0

# Re: PANDEMIC UNEMPLOYMENT DISQUALIFYING DETERMINATION

**monicarivera@azdes.gov**
Today at 11:35 AM
to me
Encrypted

Good morning Mr. Bernstein, I am again so very sorry for everything, but rest assured I have reconsidered your claim, there will be no appeals hearing, when I did the reconsideration, I only responded directly to Beverly Hyde and not to you as well, so that is my fault, however again your case is fine and there will be no overpayment. I have also spoken with Monique Perry and advised her of the outcome of your claim. Please let me know if there is anything else I can do for you. My sincerest apologies for any inconvenience and heartache this may have caused. Please have a wonderful day sir, if you need anything else, again please reach out to me.

My direct phone number is 520-209-4244

On Wed, Jan 20, 2021, at 5:45 PM Free Fruits and Vegies <rawveganpaia@gmail.com> wrote:

DL1-2014A
Revised July 2015

Monica,

Can you please find out what is going on? Just 24 hours after I filed a complaint with you on the phone on why my adjudicator only would give me 48 hours to get all these documents signed that later I am now accused of fraud that is a felony just 24 hours after I filed the complaint? I mean I was rushed like crazy to get you guys documents then later DES nick picks through the documents and then claims they found something against me? This is crazy. You said you would contact your manager and your manager would call me back. I never received a call back from your manager instead a letter accusing me of being a felon. This is absolutely crazy!!! Can you please find out what is going on? I mentioned on the phone I had a neurological disability and needed help with all of this.

---------- Forwarded message ---------
From: **Free Fruits and Vegies** <rawveganpaia@gmail.com>
Date: Wed, Jan 20, 2021 at 5:33 PM
Subject: Fwd.: PANDEMIC UNEMPLOYMENT DISQUALIFYING DETERMINATION
To: OEO ADA 504 Coordinator - DES <oeoada504coordinator@azdes.gov>, Michael Wishart <mwisehart@azdes.gov>, Gaeta, Zerah (Sinema) <Zarah_Gaeta@sinema.senate.gov>, <engage@az.gov>

I was born with progressive multiple sclerosis and have a disability. I have just been accused of a felony fraud by DES. Please file the below complaint the DES Ombudsman and Discrimination department at DES. You can use the email below as my complaint. My name is Jeffery Bernstein. S.S. 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. Your office assisted me a year ago with my initial PUA when I mentioned I had disability. Your office told me my application was fine and approved. Now I am accused of a felony fraud from the application, and they want the $15,000 back that was used to help poor people on the street. I filed that your office said was fine. Anyways I am just so stressed about this. Thanks for forwarding the complaints.

---------- Forwarded message ---------
From: **Free Fruits and Vegies** <rawveganpaia@gmail.com>
Date: Wed, Jan 20, 2021 at 5:24 PM
Subject: Fwd.: PANDEMIC UNEMPLOYMENT DISQUALIFYING DETERMINATION
To: <engage@az.gov>

Good morning Mr. Bernstein,
I had no idea you had been disqualified, when I last worked on your claim on 01/14/21, I had entered your weekly certifications for payment, the payments were issued on 01/15/21, after reviewing your claim, I see that you were disqualified by a different agent. I will look into this and see what I can do for you, I will have my supervisor also review it. Once I have received an update from her, I reach out to you, thank you

On Wed, Jan 20, 2021, at 5:45 PM Free Fruits and Vegies <rawveganpaia@gmail.com> wrote:
Monica,

Can you please find out what is going on? Just 24 hours after I filed a complaint with you on the phone on why my adjudicator only would give me 48 hours to get all these documents signed that later I am now accused of fraud that is a felony just 24 hours after I filed the complaint? I mean I was rushed like crazy to get you guys documents then later DES nick picks through the documents and then claims they found something against me? This is crazy. You said you would contact your manager and your manager would call me back. I never received a call back from your manager instead a letter accusing me of

DL1-2014A
Revised July 2015

being a felon. This is absolutely crazy!!! Can you please find out what is going on? I mentioned on the phone I had a neurological disability and needed help with all of this.

---------- Forwarded message ---------
From: **Free Fruits and Vegies** <rawveganpaia@gmail.com>
Date: Wed, Jan 20, 2021 at 5:33 PM
Subject: Fwd.: PANDEMIC UNEMPLOYMENT DISQUALIFYING DETERMINATION
To: OEO ADA 504 Coordinator - DES <oeoada504coordinator@azdes.gov>, Michael Wishart <mwisehart@azdes.gov>, Gaeta, Zerah (Sinema) <Zerah_Gaeta@sinema.senate.gov>, <engage@az.gov>


I was born with progressive multiple sclerosis and have a disability. I have just been accused of a felony fraud by DES. Please file the below complaint the DES Ombudsman and Discrimination department at DES. You can use the email below as my complaint. My name is Jeffery Bernstein. S.S. 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. Your office assisted me a year ago with my initial PUA when I mentioned I had disability. Your office told me my application was fine and approved. Now I am accused of a felony fraud from the

application, and they want the $15,000 back that was used to help poor people on the street. I filed that your office said was fine. Anyways I am just so stressed about this. Thanks for forwarding the complaints.

---------- Forwarded message ---------
From: **Free Fruits and Vegies** <rawveganpaia@gmail.com>
Date: Wed, Jan 20, 2021 at 5:24 PM
Subject: Fwd.: PANDEMIC UNEMPLOYMENT DISQUALIFYING DETERMINATION
To: <engage@az.gov>


Dear Governor's office,

I asked for your assistance on three weeks from my PUA not going through. Then I file complaints and then this. Please address this. Thanks Jeffery Bernstein

Michael the Director of DES,

I hope you are doing well. I just received this document from DES accusing me of fraud a felony in Arizona. I do not understand what it is saying it's a complete mess this letter. Something about first not qualifying as my gig work did not stop because of the pandemic. Of course, all my gig worked stopped in March as the whole country shut down and I explained this in the Jan 17th Puff in like seven different types of things I was doing in 2020, some gig stuff. Anyways as you can see with the Care's Act letter if one does not have any reportable income then it goes to the default not denied as fraud and asking for all the money back, that is crazy.

Then the next thing that letter says is that I committed fraud by not reporting my gig income. Well, what are they talking about I sent in my forms when I submitted the PUA and for an entire year not an issue then now again in more detail I explain everything I did in 2020. I mention I have a disability and have a brain disease that causes me to lose memory and many other things, I did not keep many records of my tutor work, as I did not think I would ever be applying for unemployment. I do not remember everything that happened the month of January a year ago. This is crazy. It's like one day ago I file all these complaints with DES and then the next day I am a criminal? I used to hold a Top Secret Clearance,

an Army Vet, spent $30,000 through the two Church's I volunteer with during the pandemic of my own savings to help these people who are minorities and peoples with disabilities who cant afford a place to live.

Also what is this nonsense of me not showing that I am a worker in the labor force. How dare they say this, I volunteer for two Church's I set up, I donate my money, I did tutoring work since 2016, and some other gig stuff as you can see in this document. Why it is one day after I file my complaints against DES, call in to talk to a manager to file more complaints against my adjudicator for only giving me 48 hours to get all these documents when I never even got an email the time clock started, then the next day I am accused of a felony.

Anyways please look into this as well as I need more then 15 days to appeal. I have a neurological disability I was born with MS see medical records attached, and need more time. Can you accommodate me on this time extension? I asked in the portal but they never respond back to me in the portal.

Thanks much, very and I mean very stressful. If they had an issue with something why not just call or email me to ask. I mean I told them in the portal and in the documents I sent to the adjudicator I have a

disability and am not perfect in every thing I can remember. This is just crazy. Yes I am sure one can find something I did wrong as they can to anyone, but to investigate just because I file complaints?

Jeffery Bernstein


---------- Forwarded message ---------
From: **Free Fruits and Vegies** <rawveganpaia@gmail.com>
Date: Wed, Jan 20, 2021 at 5:23 PM
Subject: Fwd.: PANDEMIC UNEMPLOYMENT DISQUALIFYING DETERMINATION
To: Michael Wishart <mwisehart@azdes.gov>, Jeffery Bernstein <freefruitsvegetables@gmail.com>, Gaeta, Zerah (Sinema) <Zarah_Gaeta@sinema.senate.gov>


Michael the Director of DES,

I hope you are doing well. I just received this document from DES accusing me of fraud a felony in Arizona. I do not understand what it is saying its a complete mess this letter. Something about first not qualifying as my gig work did not stop because of the pandemic. Of course all my gig worked stopped in March as the whole country shut down and I explained this in the Jan 17th Puff in like seven different types of things I was doing in 2020, some gig stuff. Anyways as you can see with the Care's Act letter if one does not have any reportable income then it goes to the default not denied as fraud and asking for all the money back, that is crazy.

Then the next thing that letter says is that I committed fraud by not reporting my gig income. Well what are they talking about I sent in my forms when I submitted the PUA and for an entire year not an issue then now again in more detail I explain everything I did in 2020. I mention I have a disability and have a brain disease that causes me to loose memory and many other things, I did not keep many records of my tutor work, as I did not think I would ever be applying for unemployment. I do not remember everything that happened the month of January a year ago. This is crazy. Its like one day ago I file all these complaints with DES and then the next day I am a criminal? I used to hold a Top Secret Clearance, an Army Vet, spent

$30,000 through the two Church's I volunteer with during the pandemic of my own savings to help these people who are minorities and peoples with disabilities who cant afford a place to live.

Also what is this nonsense of me not showing that I am a worker in the labor force. How dare they say this, I volunteer for two Church's I set up, I donate my money, I did tutoring work since 2016, and some other gig stuff as you can see in this document. Why it is one day after I file my complaints against DES, call in to talk to a manager to file more complaints against my adjudicator for only giving me 48 hours to get all these documents when I never even got an email the time clock started, then the next day I am accused of a felony.

Anyways please look into this as well as I need more then 15 days to appeal. I have a neurological disability I was born with MS see medical records attached, and need more time. Can you accommodate me on this time extension? I asked in the portal but they never respond back to me in the portal.

Thanks much, very and I mean very stressful. If they had an issue with something why not just call or email me to ask. I mean I told them in the portal and in the documents I sent to the adjudicator I have a disability and am not perfect in

every thing I can remember. This is just crazy. Yes I am sure one can find something I did wrong as they can to anyone, but to investigate just because I file complaints?

Jeffery Bernstein

---------- Forwarded message ---------
From: **Arizona's Pandemic Unemployment Assistance Portal** <systemalert@geosolinc.com>
Date: Wed, Jan 20, 2021 at 10:34 AM
Subject: PANDEMIC UNEMPLOYMENT DISQUALIFYING DETERMINATION
To: <rawveganpaia@gmail.com>

There is an important document attached. Please review and take the appropriate action needed.

# Jeffery Bernstein
Inbox

**Free Fruits and Vegies <rawveganpaia@gmail.com>**
to Helen, Irene, Ron

Hi Mom (Helen Abrams that was Helen Bernstein in the past),

This is your son Jeffery Bernstein. As we talked on the phone this all of this via email as your signature that would be a signed affida confirm the affidavit. Ron I also cc you as you know I tutored all th anyways you can respond as well if you want since you witnessec 2018 as that is when she became my girlfriend, if not Ron I just as more can help if you can respond thanks.

As stated in the past many times in the portal I ran a tutor busines tutoring as well as did not want me in their homes because of the

-1-

I also explained many times in the portal that I
resulted in my forgetting the exact days I stopp
the phone, asking my girlfriend, it is now confir
Phoenix while staying at my Mom's place. I tota
February for activities related to my Church vol
Mom's place and one canceled but one was va
not have this data but with extensive research
back to my home in Sedona in early March, the
shutdown hit in March, then I had zero tutoring

Please as I explain over and over again in the
of tutoring. Now you have the end date of the tu
tutor. I must have tutored over a hundred stude
much income.

Also as explained in the portal many times I als
also a Church that acts as a Church but now I
the EIN so I need to figure this out with the IRS
since Covid the need has been a donation from
populations was a result of Covid. Covid has a
the two Church's and this high level of donation
higher donation levels I need to make to the tw
help others as well as under the Natural Hygier
take income from the two Church's and do not
operations so that I do not spend the rest of my
unpaid and considered God's volunteering sinc
will run the operations of the two Church's to assist the poor without me draining my savings more and more eve
place for some time.

I have close to a few thousand documents, receipts, emails, etc. confirming the operations of the two Church's pl
documentation on the Math tutoring but I did submit allot of it in the portal what I could find. I kept more documen
imagined applying for unemployment. In the future I will keep documents of everything.

Thanks and I hope this helps add any information you might need to my portal.

I appreciate all of your hard work at DES and a

Very kind regards,

Jeffery Isaiah Bernstein

**Helen Abrams <hsbbcd@aol.com>**
to me

---

I Helen Bernstein -Abrams agree with the above statements . The

Sent from my iPhone

> On Apr 11, 2021, at 10:59 AM, Free Fruits and Vegies <rawveg

**Ron Lebbo <ron00@yahoo.com>**
to Irene, me, Helen

To whom it concerns:
I know that Jeffrey Bernstein maintained a tutoring business in the
As I friend I know that he had regular clients and that he tutored o
I also know that he tutored various subjects, although he tutored p

Ron Lebbo
Mesa, AZ

Sent from Yahoo Mail for iPhone

Reply all Forward

---

# There are four main types of disability discrimination.

## Direct discrimination

Is when someone is treated differently and not as well as other people because of disability. For example, an employer does not employ individuals with disabilities just because it does not want disabled people in its workforce.
It breaks down into three different sorts of treating someone 'less favorably' because of:
their own disability (ordinary direct discrimination)
a perceived disability (direct discrimination by perception)
their association with someone who is disabled (direct discrimination by association).

DLT-2014A
Revised July 2015

## Indirect discrimination

Can occur where a workplace rule, practice or procedure is applied to all employees, but disadvantages individuals with disabilities. An employee with a disability or job applicant claiming indirect discrimination must show how they have been personally disadvantaged, as well as how the discrimination has or would disadvantage other employees with disabilities employees or job candidates.

In some limited circumstances, indirect discrimination may be justified if it is necessary for the business to work. For example, an employer may reject an applicant with a severe back problem where heavy manual lifting is an essential part of the job.

## Harassment

When unwanted conduct related to a person's disability causes a distressing, humiliating or offensive environment for that person.

## Victimization

Treating someone unfairly because they have made or supported a complaint about disability discrimination.

## An Act

To enforce the constitutional right to vote, to confer jurisdiction upon the district courts of the United States to provide injunctive relief against discrimination in public accommodations, to authorize

the attorney General to institute suits to protect constitutional rights in public facilities and public education, to extend the Commission on Civil Rights, to prevent discrimination in federally assisted programs, to establish a Commission on Equal Employment Opportunity, and for other purposes.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That this Act may be cited as the "Civil Rights Act of 1964".

# Title VII of the Civil Rights Act of 1964

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Pub. L. 88-352) (Title VII), as amended, as it appears in volume 42 of the United States Code, beginning at section 2000e. Title VII prohibits employment discrimination based on race, color, religion, sex and national origin. The Civil Rights Act of 1991 (Pub. L. 102-166) (CRA) and the Lily Ledbetter Fair Pay Act of 2009 (Pub. L. 111-2) amend several sections of Title VII. In addition, section 102 of the CRA (which is printed elsewhere in this publication) amends the Revised Statutes by adding a new section following section 1977 (42 U.S.C. 1981), to provide for the recovery of compensatory and punitive damages in cases of intentional violations of Title VII, the Americans with Disabilities Act of 1990, and section 501 of the Rehabilitation Act of 1973. Cross references to Title VII as enacted appear in italics following each section heading. Editor's notes also appear in italics.*

An Act

To enforce the constitutional right to vote, to confer jurisdiction upon the district courts of the United States to provide injunctive relief against discrimination in public accommodations, to authorize the attorney General to institute suits to protect constitutional rights in public facilities and public education, to extend the Commission on Civil Rights, to prevent discrimination in federally assisted programs, to establish a Commission on Equal Employment Opportunity, and for other purposes.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That this Act may be cited as the "Civil Rights Act of 1964".

DL1-2014A
Revised July 2015

# DEFINITIONS

SEC. 2000e. *[Section 701]*

For the purposes of this subchapter-

(a) The term "person" includes one or more individuals, governments, governmental agencies, political subdivisions, labor unions, partnerships, associations, corporations, legal representatives, mutual companies, joint-stock companies, trusts, unincorporated organizations, trustees, trustees in cases under Title 11 *[originally, bankruptcy ],* or receivers.

(b) The term "employer" means a person engaged in an industry affecting commerce who has fifteen or more employees for each working day in each of twenty or more calendar weeks in the current or preceding calendar year, and any agent of such a person, but such term does not include (1) the United States, a corporation wholly owned by the Government of the United States, an Indian tribe, or any department or agency of the District of Columbia subject by statute to procedures of the competitive service (as defined in section 2102 of Title 5 *[United States Code]*), or

(2) a bona fide private membership club (other than a labor organization) which is exempt from taxation under section 501(c) of Title 26 *[the Internal Revenue Code of 1986]*, except that during the first year after March 24, 1972 *[the date of enactment of the Equal Employment Opportunity Act of 1972]*, persons having fewer than twenty-five employees (and their agents) shall not be considered employers.

(c) The term "employment agency" means any person regularly undertaking with or without compensation to procure employees for an employer or to procure for employees opportunities to work for an employer and includes an agent of such a person.

(d) The term "labor organization" means a labor organization engaged in an industry affecting commerce, and any agent of such an organization, and includes any organization of any kind, any agency, or employee representation committee, group, association, or plan so engaged in which employees participate and which exists for the purpose, in whole or in part, of dealing with employers concerning grievances, labor disputes, wages, rates of pay, hours, or other terms or conditions of employment, and any conference, general committee, joint or system board, or joint council so engaged which is subordinate to a national or international labor organization.

(e) A labor organization shall be deemed to be engaged in an industry affecting commerce if (1) it maintains or operates a hiring hall or hiring office which procures employees for an employer or procures for employees opportunities to work for an employer, or (2) the number of its members (or, where it is a labor organization composed of other labor organizations or their representatives, if the aggregate number of the members of such other labor organization) is (A) twenty-five or more during the first year after March 24, 1972 *[the date of enactment of the Equal Employment Opportunity Act of 1972]*, or (B) fifteen or more thereafter, and such labor organization-

(1) is the certified representative of employees under the provisions of the National Labor Relations Act, as amended *[29 U.S.C. 151 et seq.]*, or the Railway Labor Act, as amended *[45 U.S.C. 151 et seq.]*;

(2) although not certified, is a national or international labor organization or a local labor organization recognized or acting as the representative of employees of an employer or employers engaged in an industry affecting commerce; or

(3) has chartered a local labor organization or subsidiary body which is representing or actively seeking to represent employees of employers within the meaning of paragraph (1) or (2); or

(4) has been chartered by a labor organization representing or actively seeking to represent employees within the meaning of paragraph (1) or (2) as the local or subordinate body through

DL1-2014A
Revised July 2015

which such employees may enjoy membership or become affiliated with such labor organization; or

(5) is a conference, general committee, joint or system board, or joint council subordinate to a national or international labor organization, which includes a labor organization engaged in an industry affecting commerce within the meaning of any of the preceding paragraphs of this subsection.

(f) The term "employee" means an individual employed by an employer, except that the term "employee" shall not include any person elected to public office in any State or political subdivision of any State by the qualified voters thereof, or any person chosen by such officer to be on such officer's personal staff, or an appointee on the policy making level or an immediate adviser with respect to the exercise of the constitutional or legal powers of the office. The exemption set forth in the preceding sentence shall not include employees subject to the civil service laws of a State government, governmental agency or political subdivision. With respect to employment in a foreign country, such term includes an individual who is a citizen of the United States.

(g) The term "commerce" means trade, traffic, commerce, transportation, transmission, or communication among the several States; or between a State and any place outside thereof; or within the District of Columbia, or a possession of the United States; or between points in the same State but through a point outside thereof.

(h) The term "industry affecting commerce" means any activity, business, or industry in commerce or in which a labor dispute would hinder or obstruct commerce or the free flow of commerce and includes any activity or industry "affecting commerce" within the meaning of the Labor-Management Reporting and Disclosure Act of 1959 *[29 U.S.C. 401 et seq.]*, and further includes any governmental industry, business, or activity.

(I) The term "State" includes a State of the United States, the District of Columbia, Puerto Rico, the Virgin Islands, American Samoa, Guam, Wake Island, the Canal Zone, and Outer Continental Shelf lands defined in the Outer Continental Shelf Lands Act *[43 U.S.C. 1331 et seq.]*.

(j) The term "religion" includes all aspects of religious observance and practice, as well as belief, unless an employer demonstrates that he is unable to reasonably accommodate to an employee's or prospective employee's religious observance or practice without undue hardship on the conduct of the employer's business.

(k) The terms "because of sex" or "on the basis of sex" include, but are not limited to, because of or on the basis of pregnancy, childbirth, or related medical conditions; and women affected by pregnancy, childbirth, or related medical conditions shall be treated the same for all employment-related purposes, including receipt of benefits under fringe benefit programs, as other persons not so affected but similar in their ability or inability to work, and nothing in section 2000e-2(h) of this title *[section 703(h)]* shall be interpreted to permit otherwise. This subsection shall not require an employer to pay for health insurance benefits for abortion, except where the life of the mother would be endangered if the fetus were carried to term, or except where medical complications have arisen from an abortion: Provided, That nothing herein shall preclude an employer from providing abortion benefits or otherwise affect bargaining agreements in regard to abortion.

(l) The term "complaining party" means the Commission, the Attorney General, or a person who may bring an action or proceeding under this subchapter.

(m) The term "demonstrates" means meets the burdens of production and persuasion.

(n) The term "respondent" means an employer, employment agency, labor organization, joint labor management committee controlling apprenticeship or other training or retraining program, including an on-the-job training program, or Federal entity subject to section 2000e-16 of this title.

-1-

# APPLICABILITY TO FOREIGN AND RELIGIOUS EMPLOYMENT

SEC. 2000e-1. *[Section 702]*

(a) Inapplicability of subchapter to certain aliens and employees of religious entities

This subchapter shall not apply to an employer with respect to the employment of aliens outside any State, or to a religious corporation, association, educational institution, or society with respect to the employment of individuals of a particular religion to perform work connected with the carrying on by such corporation, association, educational institution, or society of its activities.

(b) Compliance with statute as violative of foreign law

It shall not be unlawful under section 2000e-2 or 2000e-3 of this title *[section 703 or 704]* for an employer (or a corporation controlled by an employer), labor organization, employment agency, or joint labor-management committee controlling apprenticeship or other training or retraining (including on-the-job training programs) to take any action otherwise prohibited by such section, with respect to an employee in a workplace in a foreign country if compliance with such section would cause such employer (or such corporation), such organization, such agency, or such committee to violate the law of the foreign country in which such workplace is located.

(c) Control of corporation incorporated in foreign country

(1) If an employer controls a corporation whose place of incorporation is a foreign country, any practice prohibited by section 2000e-2 or 2000e-3 of this title *[section 703 or 704]* engaged in by such corporation shall be presumed to be engaged in by such employer.

(2) Sections 2000e-2 and 2000e-3 of this title *[sections 703 and 704]* shall not apply with respect to the foreign operations of an employer that is a foreign person not controlled by an American employer.

(3) For purposes of this subsection, the determination of whether an employer controls a corporation shall be based on-

(A) the interrelation of operations;

(B) the common management;

(C) the centralized control of labor relations; and

(D) the common ownership or financial control, of the employer and the corporation.

# UNLAWFUL EMPLOYMENT PRACTICES

SEC. 2000e-2. *[Section 703]*

(a) Employer practices

It shall be an unlawful employment practice for an employer -

(1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; or

(2) to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin.

(b) Employment agency practices

It shall be an unlawful employment practice for an employment agency to fail or refuse to refer for employment, or otherwise to discriminate against, any individual because of his race, color, religion, sex, or national origin, or to classify or refer for

DL1-2014A
Revised July 2015

employment any individual on the basis of his race, color, religion, sex, or national origin.

(c) Labor organization practices

It shall be an unlawful employment practice for a labor organization-

(1) to exclude or to expel from its membership, or otherwise to discriminate against, any individual because of his race, color, religion, sex, or national origin;

(2) to limit, segregate, or classify its membership or applicants for membership, or to classify or fail or refuse to refer for employment any individual, in any way which would deprive or tend to deprive any individual of employment opportunities, or would limit such employment opportunities or otherwise adversely affect his status as an employee or as an applicant for employment, because of such individual's race, color, religion, sex, or national origin; or

(3) to cause or attempt to cause an employer to discriminate against an individual in violation of this section.

(d) Training programs

It shall be an unlawful employment practice for any employer, labor organization, or joint labor--management committee controlling apprenticeship or other training or retraining, including on-the-job training programs to discriminate against any individual because of his race, color, religion, sex, or national origin in admission to, or employment in, any program established to provide apprenticeship or other training.

(e) Businesses or enterprises with personnel qualified on basis of religion, sex, or national origin; educational institutions with personnel of particular religion

Notwithstanding any other provision of this subchapter, (1) it shall not be an unlawful employment practice for an employer to hire and employ employees, for an employment agency to classify, or refer for employment any individual, for a labor organization to classify its membership or to classify or refer for employment any individual, or for an employer, labor organization, or joint labor management committee controlling apprenticeship or other training or retraining programs to admit or employ any individual in any such program, on the basis of his religion, sex, or national origin in those certain instances where religion, sex, or national origin is a bona fide occupational qualification reasonably necessary to the normal operation of that particular business or enterprise, and (2) it shall not be an unlawful employment practice for a school, college, university, or other educational institution or institution of learning to hire and employ employees of a particular religion if such school, college, university, or other educational institution or institution of learning is, in whole or in substantial part, owned, supported, controlled, or managed by a particular religion or by a particular religious corporation, association, or society, or if the curriculum of such school, college, university, or other educational institution or institution of learning is directed toward the propagation of a particular religion.

(f) Members of Communist Party or Communist-action or Communist-front organizations

As used in this subchapter, the phrase "unlawful employment practice" shall not be deemed to include any action or measure taken by an employer, labor organization, joint labor management committee, or employment agency with respect to an individual who is a member of the Communist Party of the United States or of any other organization required to register as a Communist-action or Communist-front organization by final order of the Subversive Activities Control Board pursuant to the Subversive Activities Control Act of 1950 *[50 U.S.C. 781 et seq.]*.

(g) National security

Notwithstanding any other provision of this subchapter, it shall not be an unlawful employment practice for an employer to fail or refuse to hire and employ any individual for any position, for an employer to discharge any individual from any position, or for an employment agency to fail or refuse to refer any individual for employment in any position, or for a labor

DL1-2014A
Revised July 2015

organization to fail or refuse to refer any individual for employment in any position, if-

(1) the occupancy of such position, or access to the premises in or upon which any part of the duties of such position is performed or is to be performed, is subject to any requirement imposed in the interest of the national security of the United States under any security program in effect pursuant to or administered under any statute of the United States or any Executive order of the President; and

(2) such individual has not fulfilled or has ceased to fulfill that requirement.

(h) Seniority or merit system; quantity or quality of production; ability tests; compensation based on sex and authorized by minimum wage provisions

Notwithstanding any other provision of this subchapter, it shall not be an unlawful employment practice for an employer to apply different standards of compensation, or different terms, conditions, or privileges of employment pursuant to a bona fide seniority or merit system, or a system which measures earnings by quantity or quality of production or to employees who work in different locations, provided that such differences are not the result of an intention to discriminate because of race, color, religion, sex, or national origin, nor shall it be an unlawful employment practice for an employer to give and to act upon the results of any professionally developed ability test provided that such test, its administration or action upon the

results is not designed, intended or used to discriminate because of race, color, religion, sex or national origin. It shall not be an unlawful employment practice under this subchapter for any employer to differentiate upon the basis of sex in determining the amount of the wages or compensation paid or to be paid to employees of such employer if such differentiation is authorized by the provisions of section 206(d) of Title 29 *[section 6(d) of the Labor Standards Act of 1938, as amended]*.

(I) Businesses or enterprises extending preferential treatment to Indians

Nothing contained in this subchapter shall apply to any business or enterprise on or near an Indian reservation with respect to any publicly announced employment practice of such business or enterprise under which a preferential treatment is given to any individual because he is an Indian living on or near a reservation.

(j) Preferential treatment not to be granted on account of existing number or percentage imbalance

Nothing contained in this subchapter shall be interpreted to require any employer, employment agency, labor organization, or joint labor-management committee subject to this subchapter to grant preferential treatment to any individual or to any group because of the race, color, religion, sex, or national origin of such individual or group on account of an imbalance which may exist with respect to the total number or percentage of persons of any race, color, religion, sex, or national origin employed by any employer, referred or classified for employment by any employment agency or labor organization, admitted to membership or classified by any labor organization, or admitted to, or employed in, any apprenticeship or other training program, in comparison with the total number or percentage of persons of such race, color, religion, sex, or national origin in any community, State, section, or other area, or in the available work force in any community, State, section, or other area.

(k) Burden of proof in disparate impact cases

(1) (A) An unlawful employment practice based on disparate impact is established under this subchapter only if-

(I) a complaining party demonstrates that a respondent uses a particular employment practice that causes a disparate impact on the basis of race, color, religion, sex, or national origin and the respondent fails to demonstrate that the challenged practice is job related for the position in question and consistent with business necessity; or

-1-

DL1-2014A
Revised July 2015

(ii) the complaining party makes the demonstration described in subparagraph (C) with respect to an alternative employment practice and the respondent refuses to adopt such alternative employment practice.

(B) (I) With respect to demonstrating that a particular employment practice causes a disparate impact as described in subparagraph (A)(I), the complaining party shall demonstrate that each particular challenged employment practice causes a disparate impact, except that if the complaining party can demonstrate to the court that the elements of a respondent's decision making process are not capable of separation for analysis, the decision making process may be analyzed as one employment practice.

(ii) If the respondent demonstrates that a specific employment practice does not cause the disparate impact, the respondent shall not be required to demonstrate that such practice is required by business necessity.

(C) The demonstration referred to by subparagraph (A)(ii) shall be in accordance with the law as it existed on June 4, 1989, with respect to the concept of "alternative employment practice".

(2) A demonstration that an employment practice is required by business necessity may not be used as a defense against a claim of intentional discrimination under this subchapter.

(3) Notwithstanding any other provision of this subchapter, a rule barring the employment of an individual who currently and

knowingly uses or possesses a controlled substance, as defined in schedules I and II of section 102(6) of the Controlled Substances Act (21 U.S.C. 802(6)), other than the use or possession of a drug taken under the supervision of a licensed health care professional, or any other use or possession authorized by the Controlled Substances Act *[21 U.S.C. 801 et seq.]* or any other provision of Federal law, shall be considered an unlawful employment practice under this subchapter only if such rule is adopted or applied with an intent to discriminate because of race, color, religion, sex, or national origin.

(l) Prohibition of discriminatory use of test scores

It shall be an unlawful employment practice for a respondent, in connection with the selection or referral of applicants or candidates for employment or promotion, to adjust the scores of, use different cutoff scores for, or otherwise alter the results of, employment related tests on the basis of race, color, religion, sex, or national origin.

(m) Impermissible consideration of race, color, religion, sex, or national origin in employment practices

Except as otherwise provided in this subchapter, an unlawful employment practice is established when the complaining party demonstrates that race, color, religion, sex, or national origin was a motivating factor for any employment practice, even though other factors also motivated the practice.

(n) Resolution of challenges to employment practices implementing litigated or consent judgments or orders

(1) (A) Notwithstanding any other provision of law, and except as provided in paragraph (2), an employment practice that implements and is within the scope of a litigated or consent judgment or order that resolves a claim of employment discrimination under the Constitution or Federal civil rights laws may not be challenged under the circumstances described in subparagraph (B).

(B) A practice described in subparagraph (A) may not be challenged in a claim under the Constitution or Federal civil rights laws-

(I) by a person who, prior to the entry of the judgment or order described in subparagraph (A), had-

(I) actual notice of the proposed judgment or order sufficient to apprise such person that such judgment or order might adversely affect the interests and legal rights of such person and that an opportunity was available to present objections to such judgment or order by a future date certain; and

-1-

DL1-2014A
Revised July 2015

(II) a reasonable opportunity to present objections to such judgment or order; or

(ii) by a person whose interests were adequately represented by another person who had previously challenged the judgment or order on the same legal grounds and with a similar factual situation, unless there has been an intervening change in law or fact.

(2) Nothing in this subsection shall be construed to-

(A) alter the standards for intervention under rule 24 of the Federal Rules of Civil Procedure or apply to the rights of parties who have successfully intervened pursuant to such rule in the proceeding in which the parties intervened;

(B) apply to the rights of parties to the action in which a litigated or consent judgment or order was entered, or of members of a class represented or sought to be represented in such action, or of members of a group on whose behalf relief was sought in such action by the Federal Government;

(C) prevent challenges to a litigated or consent judgment or order on the ground that such judgment or order was obtained through collusion or fraud, or is transparently invalid or was entered by a court lacking subject matter jurisdiction; or

(D) authorize or permit the denial to any person of the due process of law required by the Constitution.

(3) Any action not precluded under this subsection that challenges an employment consent judgment or order described in paragraph (1) shall be brought in the court, and if possible before the judge, that entered such judgment or order. Nothing in this subsection shall preclude a transfer of such action pursuant to section 1404 of Title 28 [*United States Code*].

# OTHER UNLAWFUL EMPLOYMENT PRACTICES

SEC. 2000e-3. *[Section 704]*

(a) Discrimination for making charges, testifying, assisting, or participating in enforcement proceedings

It shall be an unlawful employment practice for an employer to discriminate against any of his employees or applicants for employment, for an employment agency, or joint labor--management committee controlling apprenticeship or other training or retraining, including on—the-job training programs, to discriminate against any individual, or for a labor organization to discriminate against any member thereof or applicant for membership, because he has opposed any practice made an unlawful employment practice by this subchapter, or because he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this subchapter.

(b) Printing or publication of notices or advertisements indicating prohibited preference, limitation, specification, or discrimination; occupational qualification exception

It shall be an unlawful employment practice for an employer, labor organization, employment agency, or joint labor--management committee controlling apprenticeship or other training or retraining, including on-the-job training programs, to print or publish or cause to be printed or published any notice or advertisement relating to employment by such an employer or membership in or any classification or referral for employment by such a labor organization, or relating to any classification or referral for employment by such an employment agency, or relating to admission to, or employment in, any program established to provide apprenticeship or other training by such a joint labor-management committee, indicating any preference, limitation, specification, or discrimination, based on race, color, religion, sex, or national origin, except that such a notice or advertisement may indicate a preference, limitation, specification, or discrimination based on religion, sex, or

DL1-2014A
Revised July 2015

national origin when religion, sex, or national origin is a bona fide occupational qualification for employment.

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

SEC. 2000e-4. *[Section 705]*

(a) Creation; composition; political representation; appointment; term; vacancies; Chairman and Vice Chairman; duties of Chairman; appointment of personnel; compensation of personnel

There is hereby created a Commission to be known as the Equal Employment Opportunity Commission, which shall be composed of five members, not more than three of whom shall be members of the same political party. Members of the Commission shall be appointed by the President by and with the advice and consent of the Senate for a term of five years. Any individual chosen to fill a vacancy shall be appointed only for the unexpired term of the member whom he shall succeed, and all members of the Commission shall continue to serve until their successors are appointed and qualified, except that no such member of the Commission shall continue to serve (1) for more than sixty days when the Congress is in session unless a nomination to fill such vacancy shall have been submitted to the Senate, or (2) after the adjournment sine die of the session of the Senate in which such nomination was submitted. The President shall designate one member to serve as Chairman of the Commission, and one member to serve as Vice Chairman. The Chairman shall be responsible on behalf of the Commission for the administrative operations of the Commission, and, except as provided in subsection (b) of this section, shall appoint, in accordance with the provisions of Title 5 *[United States Code]* governing appointments in the competitive service, such officers, agents, attorneys, administrative law judges *[originally, hearing examiners]*, and employees as he deems necessary to assist it in the performance of its functions and to fix their compensation in accordance with the provisions of chapter 51 and subchapter III of chapter 53 of Title 5 *[United States Code]*, relating to classification and General Schedule pay rates: Provided, That assignment, removal, and compensation of administrative law judges *[originally, hearing examiners]* shall be in accordance with sections 3105, 3344, 5372, and 7521 of Title 5 *[United States Code]*.

(b) General Counsel; appointment; term; duties; representation by attorneys and Attorney General

(1) There shall be a General Counsel of the Commission appointed by the President, by and with the advice and consent of the Senate, for a term of four years. The General Counsel shall have responsibility for the conduct of litigation as provided in sections 2000e-5 and 2000e-6 of this title *[sections 706 and 707]*. The General Counsel shall have such other duties as the Commission may prescribe or as may be provided by law and shall concur with the Chairman of the Commission on the appointment and supervision of regional attorneys. The General Counsel of the Commission on the effective date of this Act shall continue in such position and perform the functions specified in this subsection until a successor is appointed and qualified.

(2) Attorneys appointed under this section may, at the direction of the Commission, appear for and represent the Commission in any case in court, provided that the Attorney General shall conduct all litigation to which the Commission is a party in the Supreme Court pursuant to this subchapter.

(c) Exercise of powers during vacancy; quorum

A vacancy in the Commission shall not impair the right of the remaining members to exercise all the powers of the Commission and three members thereof shall constitute a quorum.

(d) Seal; judicial notice

The Commission shall have an official seal which shall be judicially noticed.

(e) Reports to Congress and the President

DL1-2014A
Revised July 2015

The Commission shall at the close of each fiscal year report to the Congress and to the President concerning the action it has taken *[originally, the names, salaries, and duties of all individuals in its employ]* and the moneys it has disbursed. It shall make such further reports on the cause of and means of eliminating discrimination and such recommendations for further legislation as may appear desirable.

(f) Principal and other offices

The principal office of the Commission shall be in or near the District of Columbia, but it may meet or exercise any or all its powers at any other place. The Commission may establish such regional or State offices as it deems necessary to accomplish the purpose of this subchapter.

(g) Powers of Commission

The Commission shall have power-

(1) to cooperate with and, with their consent, utilize regional, State, local, and other agencies, both public and private, and individuals;

(2) to pay to witnesses whose depositions are taken or who are summoned before the Commission or any of its agents the same witness and mileage fees as are paid to witnesses in the courts of the United States;

(3) to furnish to persons subject to this subchapter such technical assistance as they may request to further their compliance with this subchapter or an order issued thereunder;

(4) upon the request of (I) any employer, whose employees or some of them, or (ii) any labor organization, whose members or some of them, refuse or threaten to refuse to cooperate in effectuating the provisions of this subchapter, to assist in such effectuation by conciliation or such other remedial action as is provided by this subchapter;

(5) to make such technical studies as are appropriate to effectuate the purposes and policies of this subchapter and to make the results of such studies available to the public;

(6) to intervene in a civil action brought under section 2000e-5 of this title *[section 706]* by an aggrieved party against a respondent other than a government, governmental agency or political subdivision.

(h) Cooperation with other departments and agencies in performance of educational or promotional activities; outreach activities

(1) The Commission shall, in any of its educational or promotional activities, cooperate with other departments and agencies in the performance of such educational and promotional activities.

(2) In exercising its powers under this subchapter, the Commission shall carry out educational and outreach activities (including dissemination of information in languages other than English) targeted to-

(A) individuals who historically have been victims of employment discrimination and have not been equitably served by the Commission; and

(B) individuals on whose behalf the Commission has authority to enforce any other law prohibiting employment discrimination, concerning rights and obligations under this subchapter or such law, as the case may be.

(I) Personnel subject to political activity restrictions

All officers, agents, attorneys, and employees of the Commission shall be subject to the provisions of section 7324 of Title 5 *[originally, section 9 of the Act of August 2, 1939, as amended (the Hatch Act)]*, notwithstanding any exemption contained in such section.

(j) Technical Assistance Training Institute

(1) The Commission shall establish a Technical Assistance Training Institute, through which the Commission shall provide

DLI-2014A
Revised July 2015

technical assistance and training regarding the laws and regulations enforced by the Commission.

(2) An employer or other entity covered under this subchapter shall not be excused from compliance with the requirements of this subchapter because of any failure to receive technical assistance under this subsection.

(3) There are authorized to be appropriated to carry out this subsection such sums as may be necessary for fiscal year 1992.

(k) EEOC Education, Technical Assistance, and Training Revolving Fund

(1) There is hereby established in the Treasury of the United States a revolving fund to be known as the "EEOC Education, Technical Assistance, and Training Revolving Fund" (hereinafter in this subsection referred to as the "Fund") and to pay the cost (including administrative and personnel expenses) of providing education, technical assistance, and training relating to laws administered by the Commission. Monies in the Fund shall be available without fiscal year limitation to the Commission for such purposes.

(2)(A) The Commission shall charge fees in accordance with the provisions of this paragraph to offset the costs of education, technical assistance, and training provided with monies in the Fund. Such fees for any education, technical assistance, or training--

(I) shall be imposed on a uniform basis on persons and entities receiving such education, assistance, or training,

(ii) shall not exceed the cost of providing such education, assistance, and training, and

(iii) with respect to each person or entity receiving such education, assistance, or training, shall bear a reasonable relationship to the cost of providing such education, assistance, or training to such person or entity.

(B) Fees received under subparagraph (A) shall be deposited in the Fund by the Commission.

(C) The Commission shall include in each report made under subsection (e) of this section information with respect to the operation of the Fund, including information, presented in the aggregate, relating to--

(I) the number of persons and entities to which the Commission provided education, technical assistance, or training with monies in the Fund, in the fiscal year for which such report is prepared,

(ii) the cost to the Commission to provide such education, technical assistance, or training to such persons and entities, and

(iii) the amount of any fees received by the Commission from such persons and entities for such education, technical assistance, or training.

(3) The Secretary of the Treasury shall invest the portion of the Fund not required to satisfy current expenditures from the Fund, as determined by the Commission, in obligations of the United States or obligations guaranteed as to principal by the United States. Investment proceeds shall be deposited in the Fund.

(4) There is hereby transferred to the Fund $1,000,000 from the Salaries and Expenses appropriation of the Commission.

# ENFORCEMENT PROVISIONS

SEC. 2000e-5. *[Section 706]*

(a) Power of Commission to prevent unlawful employment practices

The Commission is empowered, as hereinafter provided, to prevent any person from engaging in any unlawful employment practice as set forth in section 2000e-2 or 2000e-3 of this title *[section 703 or 704]*.

(b) Charges by persons aggrieved or member of Commission of unlawful employment practices by employers, etc.; filing; allegations; notice to respondent; contents of notice; investigation by Commission; contents of charges; prohibition on disclosure of charges; determination of reasonable cause; conference, conciliation, and persuasion for elimination of unlawful practices; prohibition on disclosure of informal endeavors to end unlawful practices; use of evidence in subsequent proceedings; penalties for disclosure of information; time for determination of reasonable cause

Whenever a charge is filed by or on behalf of a person claiming to be aggrieved, or by a member of the Commission, alleging that an employer, employment agency, labor organization, or joint labor-management committee controlling apprenticeship or other training or retraining, including on-the-job training programs, has engaged in an unlawful employment practice, the Commission shall serve a notice of the charge (including the date, place and circumstances of the alleged unlawful employment practice) on such employer, employment agency, labor organization, or joint labor-management committee (hereinafter referred to as the "respondent") within ten days, and shall make an investigation thereof. Charges shall be in writing under oath or affirmation and shall contain such information and be in such form as the Commission requires. Charges shall not be made public by the Commission. If the Commission determines after such investigation that there is not

reasonable cause to believe that the charge is true, it shall dismiss the charge and promptly notify the person claiming to be aggrieved and the respondent of its action. In determining whether reasonable cause exists, the Commission shall accord substantial weight to final findings and orders made by State or local authorities in proceedings commenced under State or local law pursuant to the requirements of subsections (c) and (d) of this section. If the Commission determines after such investigation that there is reasonable cause to believe that the charge is true, the Commission shall endeavor to eliminate any such alleged unlawful employment practice by informal methods of conference, conciliation, and persuasion. Nothing said or done during and as a part of such informal endeavors may be made public by the Commission, its officers or employees, or used as evidence in a subsequent proceeding without the written consent of the persons concerned. Any person who makes public information in violation of this subsection shall be fined not more than $1,000 or imprisoned for not more than one year, or both. The Commission shall make its determination on reasonable cause as promptly as possible and, so far as practicable, not later than one hundred and twenty days from the filing of the charge or, where applicable under subsection (c) or (d) of this section, from the date upon which the Commission is authorized to take action with respect to the charge.

(c) State or local enforcement proceedings; notification of State or local authority; time for filing charges with Commission; commencement of proceedings

In the case of an alleged unlawful employment practice occurring in a State, or political subdivision of a State, which has a State or local law prohibiting the unlawful employment practice alleged and establishing or authorizing a State or local authority to grant or seek relief from such practice or to institute criminal proceedings with respect thereto upon receiving notice thereof, no charge may be filed under subsection (a) of this section by the person aggrieved before the expiration of sixty days after proceedings have been commenced under the State or local law, unless such proceedings have been earlier terminated, provided that such sixty- day period shall be extended to one hundred and twenty days during the first year after the effective date of such State or local law. If any requirement for the commencement of such proceedings is imposed by a State or local authority other than a requirement of the filing of a written and signed statement of the facts upon which the proceeding is based, the proceeding shall be deemed to have been commenced for the purposes of this subsection at the time such statement is sent by registered mail to the appropriate State or local authority.

DL1-2014A
Revised July 2015

(d) State or local enforcement proceedings; notification of State or local authority; time for action on charges by Commission

In the case of any charge filed by a member of the Commission alleging an unlawful employment practice occurring in a State or political subdivision of a State which has a State or local law prohibiting the practice alleged and establishing or authorizing a State or local authority to grant or seek relief from such practice or to institute criminal proceedings with respect thereto upon receiving notice thereof, the Commission shall, before taking any action with respect to such charge, notify the appropriate State or local officials and, upon request, afford them a reasonable time, but not less than sixty days (provided that such sixty-day period shall be extended to one hundred and twenty days during the first year after the effective day of such State or local law), unless a shorter period is requested, to act under such State or local law to remedy the practice alleged.

(e) Time for filing charges; time for service of notice of charge on respondent; filing of charge by Commission with State or local agency; seniority system

(1) A charge under this section shall be filed within one hundred and eighty days after the alleged unlawful employment practice occurred and notice of the charge (including the date, place and circumstances of the alleged unlawful employment practice) shall be served upon the person against whom such charge is made within ten days thereafter, except that in a case of an unlawful employment practice with respect to which the person aggrieved has initially instituted proceedings with a State or local agency with authority to grant or seek relief from such practice or to institute criminal proceedings with respect thereto upon receiving notice thereof, such charge shall be filed by or on behalf of the person aggrieved within three hundred days after the alleged unlawful employment practice occurred, or within thirty days after receiving notice that the State or local agency has terminated the proceedings under the State or local law, whichever is earlier, and a copy of such charge shall be filed by the Commission with the State or local agency.

(2) For purposes of this section, an unlawful employment practice occurs, with respect to a seniority system that has been adopted for an intentionally discriminatory purpose in violation of this subchapter (whether or not that discriminatory purpose is apparent on the face of the seniority provision), when the seniority system is adopted, when an individual becomes subject to the seniority system, or when a person aggrieved is injured by the application of the seniority system or provision of the system.

(3)(A) For purposes of this section, an unlawful employment practice occurs, with respect to discrimination in compensation in violation of this title, when a discriminatory compensation decision or other practice is adopted, when an individual becomes subject to a discriminatory compensation decision or other practice, or when an individual is affected by application of a discriminatory compensation decision or other practice, including each time wages, benefits, or other compensation is paid, resulting in whole or in part from such a decision or other practice.

(B) In addition to any relief authorized by section 1977A of the Revised Statutes (42 U.S.C. 1981a), liability may accrue and an aggrieved person may obtain relief as provided in subsection (g)(1), including recovery of back pay for up to two years preceding the filing of the charge, where the unlawful employment practices that have occurred during the charge filing period are similar or related to unlawful employment practices with regard to discrimination in compensation that occurred outside the time for filing a charge.

(f) Civil action by Commission, Attorney General, or person aggrieved; preconditions; procedure; appointment of attorney; payment of fees, costs, or security; intervention; stay of Federal proceedings; action for appropriate temporary or preliminary relief pending final disposition of charge; jurisdiction and venue of United States courts; designation of judge to hear and determine case; assignment of case for hearing; expedition of case; appointment of master

-1-

DL1-2014A
Revised July 2015

(1) If within thirty days after a charge is filed with the Commission or within thirty days after expiration of any period of reference under subsection (c) or (d) of this section, the Commission has been unable to secure from the respondent a conciliation agreement acceptable to the Commission, the Commission may bring a civil action against any respondent not a government, governmental agency, or political subdivision named in the charge. In the case of a respondent which is a government, governmental agency, or political subdivision, if the Commission has been unable to secure from the respondent a conciliation agreement acceptable to the Commission, the Commission shall take no further action and shall refer the case to the Attorney General who may bring a civil action against such respondent in the appropriate United States district court. The person or persons aggrieved shall have the right to intervene in a civil action brought by the Commission or the Attorney General in a case involving a government, governmental agency, or political subdivision. If a charge filed with the Commission pursuant to subsection (b) of this section is dismissed by the Commission, or if within one hundred and eighty days from the filing of such charge or the expiration of any period of reference under subsection (c) or (d) of this section, whichever is later, the Commission has not filed a civil action under this section or the Attorney General has not filed a civil action in a case involving a government, governmental agency, or political subdivision, or the Commission has not entered into a conciliation agreement to which the person aggrieved is a party, the Commission, or the Attorney General in a case involving a government, governmental agency, or political subdivision, shall so notify the person aggrieved and within ninety days after the giving of such notice a civil action may be brought against the respondent named in the charge (A) by the person claiming to be aggrieved or (B) if such charge was filed by a member of the Commission, by any person whom the charge alleges was aggrieved by the alleged unlawful employment practice. Upon application by the complainant and in such circumstances as the court may deem just, the court may appoint an attorney for such complainant and may authorize the commencement of the action without the payment of fees, costs, or security. Upon timely application, the court may, in its discretion, permit the Commission, or the Attorney General in a case involving a government, governmental agency, or political subdivision, to intervene in such civil action upon certification that the case is of general public importance. Upon request, the court may, in its discretion, stay further proceedings for not more than sixty days pending the termination of State or local proceedings described in subsection (c) or (d) of this section or further efforts of the Commission to obtain voluntary compliance.

(2) Whenever a charge is filed with the Commission and the Commission concludes on the basis of a preliminary investigation that prompt judicial action is necessary to carry out the purposes of this Act, the Commission, or the Attorney General in a case involving a government, governmental agency, or political subdivision, may bring an action for appropriate temporary or preliminary relief pending final disposition of such charge. Any temporary restraining order or other order granting preliminary or temporary relief shall be issued in accordance with rule 65 of the Federal Rules of Civil Procedure. It shall be the duty of a court having jurisdiction over proceedings under this section to assign cases for hearing at the earliest practicable date and to cause such cases to be in every way expedited.

(3) Each United States district court and each United States court of a place subject to the jurisdiction of the United States shall have jurisdiction of actions brought under this subchapter. Such an action may be brought in any judicial district in the State in which the unlawful employment practice is alleged to have been committed, in the judicial district in which the employment records relevant to such practice are maintained and administered, or in the judicial district in which the aggrieved person would have worked but for the alleged unlawful employment practice, but if the respondent is not found within any such district, such an action may be brought within the judicial district in which the respondent has his principal office. For purposes of sections 1404 and 1406 of Title 28 *[United States Code]*, the judicial district in which the

DL1-2014A
Revised July 2015

respondent has his principal office shall in all cases be considered a district in which the action might have been brought.

(4) It shall be the duty of the chief judge of the district (or in his absence, the acting chief judge) in which the case is pending immediately to designate a judge in such district to hear and determine the case. In the event that no judge in the district is available to hear and determine the case, the chief judge of the district, or the acting chief judge, as the case may be, shall certify this fact to the chief judge of the circuit (or in his absence, the acting chief judge) who shall then designate a district or circuit judge of the circuit to hear and determine the case.

(5) It shall be the duty of the judge designated pursuant to this subsection to assign the case for hearing at the earliest practicable date and to cause the case to be in every way expedited. If such judge has not scheduled the case for trial within one hundred and twenty days after issue has been joined, that judge may appoint a master pursuant to rule 53 of the Federal Rules of Civil Procedure.

(g) Injunctions; appropriate affirmative action; equitable relief; accrual of back pay; reduction of back pay; limitations on judicial orders

(1) If the court finds that the respondent has intentionally engaged in or is intentionally engaging in an unlawful employment practice charged in the complaint, the court may enjoin the respondent from engaging in such unlawful employment practice, and order

such affirmative action as may be appropriate, which may include, but is not limited to, reinstatement or hiring of employees, with or without back pay (payable by the employer, employment agency, or labor organization, as the case may be, responsible for the unlawful employment practice), or any other equitable relief as the court deems appropriate. Back pay liability shall not accrue from a date more than two years prior to the filing of a charge with the Commission. Interim earnings or amounts earnable with reasonable diligence by the person or persons discriminated against shall operate to reduce the back pay otherwise allowable.

(2) (A) No order of the court shall require the admission or reinstatement of an individual as a member of a union, or the hiring, reinstatement, or promotion of an individual as an employee, or the payment to him of any back pay, if such individual was refused admission, suspended, or expelled, or was refused employment or advancement or was suspended or discharged for any reason other than discrimination on account of race, color, religion, sex, or national origin or in violation of section 2000e-3(a) of this Title *[section 704(a)]*.

(B) On a claim in which an individual proves a violation under section 2000e-2(m) of this title *[section 703(m)]* and a respondent demonstrates that the respondent would have taken the same action in the absence of the impermissible motivating factor, the court-

(i) may grant declaratory relief, injunctive relief (except as provided in clause (ii)), and attorney's fees and costs demonstrated to be directly attributable only to the pursuit of a claim under section 2000e-2(m) of this title *[section 703(m)]*; and

(ii) shall not award damages or issue an order requiring any admission, reinstatement, hiring, promotion, or payment, described in subparagraph (A).

(h) Provisions of chapter 6 of Title 29 not applicable to civil actions for prevention of unlawful practices

The provisions of chapter 6 of title 29 *[the Act entitled"An Act to amend the Judicial Code and to define and limit the jurisdiction of courts sitting in equity, and for other purposes," approved March 23, 1932 (29 U.S.C. 105-115)]* shall not apply with respect to civil actions brought under this section.

(i) Proceedings by Commission to compel compliance with judicial orders In any case in which an employer, employment agency, or labor organization fails to comply with an order of a court issued in a civil action brought under this section, the

DL1-2014A
Revised July 2015

Commission may commence proceedings to compel compliance with such order.

(j) Appeals

Any civil action brought under this section and any proceedings brought under subsection (l) of this section shall be subject to appeal as provided in sections 1291 and 1292, Title 28 *[United States Code]*.

(k) Attorney's fee; liability of Commission and United States for costs

In any action or proceeding under this subchapter the court, in its discretion, may allow the prevailing party, other than the Commission or the United States, a reasonable attorney's fee (including expert fees) as part of the costs, and the Commission and the United States shall be liable for costs the same as a private person.

# CIVIL ACTIONS BY THE ATTORNEY GENERAL

SEC. 2000e-6. *[Section 707]*

(a) Complaint

Whenever the Attorney General has reasonable cause to believe that any person or group of persons is engaged in a pattern or practice of resistance to the full enjoyment of any of the rights secured by this subchapter, and that the pattern or practice is of such a nature and is intended to deny the full exercise of the rights herein described, the Attorney General may bring a civil action in the appropriate district court of the United States by filing with it a complaint (1) signed by him (or in his absence the Acting Attorney General), (2) setting forth facts pertaining to such pattern or practice, and (3) requesting such relief, including an application for a permanent or temporary injunction, restraining order or other order against the person or persons responsible for such pattern or practice, as he deems necessary to insure the full enjoyment of the rights herein described.

(b) Jurisdiction; three-judge district court for cases of general public importance: hearing, determination, expedition of action, review by Supreme Court; single judge district court: hearing, determination, expedition of action

The district courts of the United States shall have and shall exercise jurisdiction of proceedings instituted pursuant to this section, and in any such proceeding the Attorney General may file with the clerk of such court a request that a court of three judges be convened to hear and determine the case. Such request by the Attorney General shall be accompanied by a certificate that, in his opinion, the case is of general public importance. A copy of the certificate and request for a three-judge court shall be immediately furnished by such clerk to the chief judge of the circuit (or in his absence, the presiding circuit judge of the circuit) in which the case is pending. Upon receipt of such request it shall be the duty of the chief judge of the circuit or the presiding circuit judge, as the case may be, to designate immediately three judges in such circuit, of whom at least one shall be a circuit judge and another of whom shall be a district judge of the court in which the proceeding was instituted, to hear and determine such case, and it shall be the duty of the judges so designated to assign the case for hearing at the earliest practicable date, to participate in the hearing and determination thereof, and to cause the case to be in every way expedited. An appeal from the final judgment of such court will lie to the Supreme Court.

In the event the Attorney General fails to file such a request in any such proceeding, it shall be the duty of the chief judge of the district (or in his absence, the acting chief judge) in which the case is pending immediately to designate a judge in such district to hear and determine the case. In the event that no judge in the district is available to hear and determine the case, the chief judge of the district, or the acting chief judge, as the case may be, shall certify this fact to the chief judge of the circuit (or in his absence, the acting chief judge) who shall then designate a district or circuit judge of the circuit to hear and determine the case.

It shall be the duty of the judge designated pursuant to this section to assign the case for hearing at the earliest

DL1-2014A
Revised July 2015

practicable date and to cause the case to be in every way expedited.

(c) Transfer offunctions, etc., to Commission; effective date; prerequisite to transfer; execution of functions by Commission

Effective two years after March 24, 1972 *[the date of enactment of the Equal Employment Opportunity Act of 1972]*, the functions of theAttorney General under this section shall be transferred to the Commission, together with such personnel, property, records, and unexpended balances of appropriations, allocations, and other funds employed, used, held, available, or to be made available in connection with such functions unless the President submits, and neither House of Congress vetoes, a reorganization plan pursuant to chapter 9 of Title 5 *[United States Code]*, inconsistent with the provisions of this subsection. The Commission shall carry out such functions in accordance with subsections (d) and (e) of this section.

(d) Transfer of functions, etc., not to affect suits commenced pursuant to this section prior to date of transfer

Upon the transfer of functions provided for in subsection (c) of this section, in all suits commenced pursuant to this section prior to the date of such transfer, proceedings shall continue without abatement, all court orders and decrees shall remain in effect, and the Commission shall be substituted as a party for the United States of America, the Attorney General, or the Acting Attorney General, as appropriate.

(e) Investigation and action by Commission pursuant to filing of charge of discrimination; procedure

Subsequent to March 24, 1972 *[the date of enactment of the Equal Employment Opportunity Act of 1972]*, the Commission shall haveauthority to investigate and act on a charge of a pattern or practice ofdiscrimination, whether filed by or on behalf of a person claiming to beaggrieved or by a member of the Commission. All such actions shall beconducted in accordance with the procedures set forth in section 2000e-5of this title *[section 706]*.

# EFFECT ON STATE LAWS

SEC. 2000e-7. *[Section 708]*

Nothing in this subchapter shall be deemed to exempt or relieve any person from any liability, duty, penalty, or punishment provided by any present or future law of any State or political subdivision of a State, other than any such law which purports to require or permit the doing of any act which would be an unlawful employment practice under this subchapter.

# INVESTIGATIONS

SEC. 2000e-8. *[Section 709]*

(a) Examination and copying of evidence related to unlawful employment practices

In connection with any investigation of a charge filed under section 2000e-5 of this title *[section 706]*, the Commission or its designated representative shall at all reasonable times have access to, for the purposes of examination, and the right to copy any evidence of any person being investigated or proceeded against that relates to unlawful employment practices covered by this subchapter and is relevant to the charge under investigation.

(b) Cooperation with State and local agencies administering State fair employment practices laws; participation in and contribution to research and other projects; utilization of services; payment in advance or reimbursement; agreements and rescission of agreements

The Commission may cooperate with State and local agencies charged with the administration of State fair employment practices laws and, with the consent of such agencies, may, for the purpose of carrying out its functions and duties under this subchapter and within the limitation of funds appropriated

DL1-2014A
Revised July 2015

specifically for such purpose, engage in and contribute to the cost of research and other projects of mutual interest undertaken by such agencies, and utilize the services of such agencies and their employees, and, notwithstanding any other provision of law, pay by advance or reimbursement such agencies and their employees for services rendered to assist the Commission in carrying out this subchapter. In furtherance of such cooperative efforts, the Commission may enter into written agreements with such State or local agencies and such agreements may include provisions under which the Commission shall refrain from processing a charge in any cases or class of cases specified in such agreements or under which the Commission shall relieve any person or class of persons in such State or locality from requirements imposed under this section. The Commission shall rescind any such agreement whenever it determines that the agreement no longer serves the interest of effective enforcement of this subchapter.

(c) Execution, retention, and preservation of records; reports to Commission; training program records; appropriate relief from regulation or order for undue hardship; procedure for exemption; judicial action to compel compliance

Every employer, employment agency, and labor organization subject to this subchapter shall (1) make and keep such records relevant to the determinations of whether unlawful employment practices have been or are being committed, (2) preserve such

records for such periods, and (3) make such reports therefrom as the Commission shall prescribe by regulation or order, after public hearing, as reasonable, necessary, or appropriate for the enforcement of this subchapter or the regulations or orders thereunder. The Commission shall, by regulation, require each employer, labor organization, and joint labor-management committee subject to this subchapter which controls an apprenticeship or other training program to maintain such records as are reasonably necessary to carry out the purposes of this subchapter, including, but not limited to, a list of applicants who wish to participate in such program, including the chronological order in which applications were received, and to furnish to the Commission upon request, a detailed description of the manner in which persons are selected to participate in the apprenticeship or other training program. Any employer, employment agency, labor organization, or joint labor-management committee which believes that the application to it of any regulation or order issued under this section would result in undue hardship may apply to the Commission for an exemption from the application of such regulation or order, and, if such application for an exemption is denied, bring a civil action in the United States district court for the district where such records are kept. If the Commission or the court, as the case may be, finds that the application of the regulation or order to the employer, employment agency, or labor organization in question would impose an undue hardship, the Commission or the court, as the case may be, may grant appropriate relief. If any person required to comply with the provisions of this subsection fails or refuses to do so, the United States district court for the district in which such person is found, resides, or transacts business, shall, upon application of the Commission, or the Attorney General in a case involving a government, governmental agency or political subdivision, have jurisdiction to issue to such person an order requiring him to comply.

(d) Consultation and coordination between Commission and interested State and Federal agencies in prescribing recordkeeping and reporting requirements; availability of information furnished pursuant to recordkeeping and reporting requirements; conditions on availability

In prescribing requirements pursuant to subsection (c) of this section, the Commission shall consult with other interested State and Federal agencies and shall endeavor to coordinate its requirements with those adopted by such agencies. The Commission shall furnish upon request and without cost to any State or local agency charged with the administration of a fair employment practice law information obtained pursuant to subsection (c) of this section from any employer, employment agency, labor organization, or joint labor-management committee subject to the jurisdiction of such agency. Such

DL1-2014A
Revised July 2015

information shall be furnished on condition that it not be made public by the recipient agency prior to the institution of a proceeding under State or local law involving such information. If this condition is violated by a recipient agency, the Commission may decline to honor subsequent requests pursuant to this subsection.

(e) Prohibited disclosures; penalties

It shall be unlawful for any officer or employee of the Commission to make public in any manner whatever any information obtained by the Commission pursuant to its authority under this section prior to the institution of any proceeding under this subchapter involving such information. Any officer or employee of the Commission who shall make public in any manner whatever any information in violation of this subsection shall be guilty of a misdemeanor and upon conviction thereof, shall be fined not more than $1,000, or imprisoned not more than one year.

# CONDUCT OF HEARINGS AND INVESTIGATIONS PURSUANT TO SECTION 161 OF Title 29

SEC. 2000e-9. *[Section 710]*

For the purpose of all hearings and investigations conducted by the Commission or its duly authorized agents or agencies, section 161 of Title 29 *[section 11*

*of the National Labor Relations Act]* shall apply.

# POSTING OF NOTICES; PENALTIES

SEC. 2000e-10. *[Section 711]*

(a) Every employer, employment agency, and labor organization, as the case may be, shall post and keep posted in conspicuous places upon its premises where notices to employees, applicants for employment, and members are customarily posted a notice to be prepared or approved by the Commission setting forth excerpts from or, summaries of, the pertinent provisions of this subchapter and information pertinent to the filing of a complaint.

(b) A willful violation of this section shall be punishable by a fine of not more than $100 for each separate offense.

# VETERANS' SPECIAL RIGHTS OR PREFERENCE

SEC. 2000e-11. *[Section 712]*

Nothing contained in this subchapter shall be construed to repeal or modify any Federal, State, territorial, or local law creating special rights or preference for veterans.

# REGULATIONS; CONFORMITY OF REGULATIONS WITH ADMINISTRATIVE PROCEDURE PROVISIONS; RELIANCE ON INTERPRETATIONS AND INSTRUCTIONS OF COMMISSION

SEC. 2000e-12. *[Section 713]*

(a) The Commission shall have authority from time to time to issue, amend, or rescind suitable procedural regulations to carry out the provisions of this subchapter. Regulations issued under this section shall be in conformity with the standards and limitations of subchapter II of chapter 5 of Title 5 *[originally, the Administrative Procedure Act]*.

(b) In any action or proceeding based on any alleged unlawful employment practice, no person shall be subject to any liability or punishment for or on account of (1) the commission by such person of an unlawful employment practice if he pleads and proves that the act or omission complained of was in good faith, in conformity with, and in reliance on any written

DL1-2014A
Revised July 2015

interpretation or opinion of the Commission, or (2) the failure of such person to publish and file any information required by any provision of this subchapter if he pleads and proves that he failed to publish and file such information in good faith, in conformity with the instructions of the Commission issued under this subchapter regarding the filing of such information. Such a defense, if established, shall be a bar to the action or proceeding, notwithstanding that (A) after such act or omission, such interpretation or opinion is modified or rescinded or is determined by judicial authority to be invalid or of no legal effect, or (B) after publishing or filing the description and annual reports, such publication or filing is determined by judicial authority not to be in conformity with the requirements of this subchapter.

# APPLICATION TO PERSONNEL OF COMMISSION OF SECTIONS 111 AND 1114 OF TITLE 18; PUNISHMENT FOR VIOLATION OF SECTION 1114 OF TITLE 18

SEC. 2000e-13. *[Section 714]*

The provisions of sections 111 and 1114, Title 18 *[United States Code]*, shall apply to officers, agents, and employees of the Commission in the performance of their official duties. Notwithstanding the provisions of sections 111 and 1114 of Title 18 *[United States Code]*, whoever in violation of the provisions of section 1114 of such title kills a person while engaged in or on account of the performance of his official functions under this Act shall be punished by imprisonment for any term of years or for life.

# *TRANSFER OF AUTHORITY*

*[Administration of the duties of the Equal Employment Opportunity Coordinating Council was transferred to the Equal Employment Opportunity Commission effective July 1, 1978, under the President's Reorganization Plan of 1978.]*

# EQUAL EMPLOYMENT OPPORTUNITY COORDINATING COUNCIL; ESTABLISHMENT; COMPOSITION; DUTIES; REPORT TO PRESIDENT AND CONGRESS

SEC. 2000e-14. *[Section 715]*

*[Original introductory text: There shall be established an Equal Employment Opportunity Coordinating Council (hereinafter referred to in this section as the Council) composed of the Secretary of Labor, the Chairman of the Equal Employment Opportunity Commission, the Attorney General, the Chairman of the United States Civil Service Commission, and the Chairman of the United States Civil Rights Commission, or their respective delegates.]*

The Equal Employment Opportunity Commission *[originally, Council]* shall have the responsibility for developing and implementing agreements, policies and practices designed to maximize effort, promote efficiency, and eliminate conflict, competition, duplication and inconsistency among the operations, functions and jurisdictions of the various departments, agencies and branches of the Federal Government responsible for the implementation and enforcement of equal employment opportunity legislation, orders, and policies. On or before October 1 *[originally, July 1]* of each year, the Equal Employment Opportunity Commission *[originally, Council]* shall transmit to the President and to the Congress a report of its activities, together with such recommendations for legislative or administrative changes as it concludes are desirable to further promote the purposes of this section.

DL1-2014A
Revised July 2015

# PRESIDENTIAL CONFERENCES; ACQUAINTANCE OF LEADERSHIP WITH PROVISIONS FOR EMPLOYMENT RIGHTS AND OBLIGATIONS; PLANS FOR FAIR ADMINISTRATION; MEMBERSHIP

SEC. 2000e-15. *[Section 716]*

*[Original text: (a) This title shall become effective one year after the date of its enactment.*

*(b) Notwithstanding subsection (a), sections of this title other than sections 703, 704, 706, and 707 shall become effective immediately.*

*(c)]* The President shall, as soon as feasible after July 2, 1964 *[the date of enactment of this title]*, convene one or more conferences for the purpose of enabling the leaders of groups whose members will be affected by this subchapter to become familiar with the rights afforded and obligations imposed by its provisions, and for the purpose of making plans which will result in the fair and effective administration of this subchapter when all of its provisions become effective. The President shall invite the participation in such conference or conferences of (1) the members of the President's Committee on Equal Employment Opportunity, (2) the members of the Commission on Civil Rights, (3) representatives of State and local agencies engaged in furthering equal employment opportunity, (4) representatives of private agencies engaged in furthering equal employment opportunity, and (5) representatives of employers, labor organizations, and employment agencies who will be subject to this subchapter.

## TRANSFER OF AUTHORITY

*[Enforcement of Section 717 was transferred to the Equal Employment Opportunity Commission from the Civil Service Commission (Office of Personnel Management) effective January 1, 1979 under the President's Reorganization Plan No. 1 of 1978.]*

## EMPLOYMENT BY FEDERAL GOVERNMENT

SEC. 2000e-16. *[Section 717]*

(a) Discriminatory practices prohibited; employees or applicants for employment subject to coverage

All personnel actions affecting employees or applicants for employment (except with regard to aliens employed outside the limits of the United States) in military departments as defined in section 102 of Title 5 *[United States Code]*, in executive agencies *[originally, other than the General Accounting Office]* as defined in section 105 of Title 5 *[United States Code]* (including employees and applicants for employment who are paid from nonappropriated funds), in the United States Postal Service and the Postal Regulatory Commission, in those units of the Government of the District of Columbia having positions in the competitive service, and in those units of the judicial branch of the Federal Government having positions in the competitive service, in the Smithsonian Institution, and in the Government Printing Office, the Government Accountability Office, and the Library of Congress shall be made free from any discrimination based on race, color, religion, sex, or national origin.

(b) Equal Employment Opportunity Commission; enforcement powers; issuance of rules, regulations, etc.; annual review and approval of national and regional equal employment opportunity plans; review and evaluation of equal employment opportunity programs and publication of progress reports; consultations with interested parties; compliance with rules, regulations, etc.; contents of national and regional equal employment opportunity plans; authority of Librarian of Congress

-1-

Except as otherwise provided in this subsection, the Equal Employment Opportunity Commission *[originally, Civil Service Commission]* shall have authority to enforce the provisions of subsection (a) of this section through appropriate remedies, including reinstatement or hiring of employees with or without back pay, as will effectuate the policies of this section, and shall issue such rules, regulations, orders and instructions as it deems necessary and appropriate to carry out its responsibilities under this section. The Equal Employment Opportunity Commission *[originally, Civil Service Commission]* shall-

(1) be responsible for the annual review and approval of a national and regional equal employment opportunity plan which each department and agency and each appropriate unit referred to in subsection (a) of this section shall submit in order to maintain an affirmative program of equal employment opportunity for all such employees and applicants for employment;

(2) be responsible for the review and evaluation of the operation of all agency equal employment opportunity programs, periodically obtaining and publishing (on at least a semiannual basis) progress reports from each such department, agency, or unit; and

(3) consult with and solicit the recommendations of interested individuals, groups, and organizations relating to equal employment opportunity.

The head of each such department, agency, or unit shall comply with such rules, regulations, orders, and instructions which shall include a provision that an employee or applicant for employment shall be notified of any final action taken on any complaint of discrimination filed by him thereunder. The plan submitted by each department, agency, and unit shall include, but not be limited to-

(1) provision for the establishment of training and education programs designed to provide a maximum opportunity for employees to advance so as to perform at their highest potential; and

(2) a description of the qualifications in terms of training and experience relating to equal employment opportunity for the principal and operating officials of each such department, agency, or unit responsible for carrying out the equal employment opportunity program and of the allocation of personnel and resources proposed by such department, agency, or unit to carry out its equal employment opportunity program.

With respect to employment in the Library of Congress, authorities granted in this subsection to the Equal Employment Opportunity Commission *[originally, Civil Service Commission]* shall be exercised by the Librarian of Congress.

(c) Civil action by employee or applicant for employment for redress of grievances; time for bringing of action; head of department, agency, or unit as defendant

Within 90 days of receipt of notice of final action taken by a department, agency, or unit referred to in subsection (a) of this section, or by the Equal Employment Opportunity Commission *[originally, Civil Service Commission]* upon an appeal from a decision or order of such department, agency, or unit on a complaint of discrimination based on race, color, religion, sex or national origin, brought pursuant to subsection (a) of this section, Executive Order 11478 or any succeeding Executive orders, or after one hundred and eighty days from the filing of the initial charge with the department, agency, or unit or with the Equal Employment Opportunity Commission *[originally, Civil Service Commission]* on appeal from a decision or order of such department, agency, or unit until such time as final action may be taken by a department, agency, or unit, an employee or applicant for employment, if aggrieved by the final disposition of his complaint, or by the failure to take final action on his complaint, may file a civil action as provided in section 2000e-5 of this title *[section 706]*, in which civil action the head of the department, agency, or unit, as appropriate, shall be the defendant.

DL1-2014A
Revised July 2015

(d) Section 2000e-5(f) through (k) of this title applicable to civil actions

The provisions of section 2000e-5(f) through (k) of this title *[section 706(f) through (k)]*, as applicable, shall govern civil actions brought hereunder, and the same interest to compensate for delay in payment shall be available as in cases involving nonpublic parties.

(e) Government agency or official not relieved of responsibility to assure nondiscrimination in employment or equal employment opportunity

Nothing contained in this Act shall relieve any Government agency or official of its or his primary responsibility to assure nondiscrimination in employment as required by the Constitution and statutes or of its or his responsibilities under Executive Order 11478 relating to equal employment opportunity in the Federal Government.

(f) Section 2000e-5(e)(3) *[Section 706(e)(3)]* shall apply to complaints of discrimination in compensation under this section.

# PROCEDURE FOR DENIAL, WITHHOLDING, TERMINATION, OR SUSPENSION OF GOVERNMENT CONTRACT SUBSEQUENT TO ACCEPTANCE BY GOVERNMENT OF

# AFFIRMATIVE ACTION PLAN OF EMPLOYER; TIME OF ACCEPTANCE OF PLAN

SEC. 2000e-17. *[Section 718]*

No Government contract, or portion thereof, with any employer, shall be denied, withheld, terminated, or suspended, by any agency or officer of the United States under any equal employment opportunity law or order, where such employer has an affirmative action plan which has previously been accepted by the Government for the same facility within the past twelve months without first according such employer full hearing and adjudication under the provisions of section 554 of Title 5 *[United States Code]*, and the following pertinent sections: Provided, That if such employer has deviated substantially from such previously agreed to affirmative action plan, this section shall not apply: Provided further, That for the purposes of this section an affirmative action plan shall be deemed to have been accepted by the Government at the time the appropriate compliance agency has accepted such plan unless within forty-five days thereafter the Office of Federal Contract Compliance has disapproved such plan.

## U.S. Equal Employment Opportunity Commission

### EEOC Headquarters

131 M Street, NE
Washington, DC 20507
202-921-3191
1-800-669-6820 (TTY)
1-844-234-5122 (ASL Video Phone)

### Questions?

Call 1-800-669-4000
For Deaf/Hard of Hearing callers:
1-800-669-6820 (TTY)
1-844-234-5122 (ASL Video Phone)
info@eeoc.gov

Find your nearest EEOC office
Frequently Asked Questions
Sign up for email or text updates

DL1-2014A
Revised July 2015

**Connect With Us**

- FOIA
- Privacy Policy
- Disclaimer
- Accessibility
- Office of Inspector General

A NON-FAULT or NON-FRAUD overpayment is when the individual, through no fault of their own, **received UC Benefits to which they were not entitled**. In this case, the individual did not contribute to the overpayment. The individual did not knowingly or intentionally provide false information to the UC Service Center in order to obtain benefits.



**B.**
A non-fraud overpayment means that the government paid you benefits that you were not owed, but not due to any intentional misconduct on your part.

- If you have a non-fraud overpayment:
  - You are not required to pay

back the overpayment.
  - There is no interest on the overpayment.
  - The government can offset/deduct ⅓ (one-third) of your future unemployment benefits (for up to 4 years) until the amount is repaid.

**Non-fraud (Fault-Unintentional Misrepresentation):**
A non-fraud overpayment is an unemployment insurance overpayment that is created because the claimant unintentionally gave incorrect or incomplete information to the Department. A.A.C. R6-3-1301(8).  Even though the claimant did not intentionally cause the overpayment, it was still caused by the claimant, so it is considered the claimant's fault.  This may include:

1. An overpayment created because the claimant reported that the claimant worked during a week claimed but unintentionally under reported the amount paid;

2. An overpayment that resulted from the claimant not realizing that the claimant was being paid at the time of separation for unused vacation time; or

3. Based on the facts of the case, an overpayment caused because the claimant reported the incorrect reason for separation because the employer did not give a reason for the separation to the claimant and the claimant had no reason to believe that the claimant was laid off through any fault of the claimant.

The following policies apply to a non-fraud overpayment:
1. NO WAIVER: Repayment of a non-fraud overpayment **cannot be waived**. A.R.S. §23-787(C).

2. REPAYMENT PLAN: A claimant may enter into a repayment plan at any time an overpayment balance exists. If legal action has been taken, the courts will decide the repayment plan. (See "Repayment of Overpayment" below)

3. INTEREST ACCRUAL:  **Interest** will accrue on the unpaid balance beginning with the month following the month of the overpayment Established Date. The Department charges interest on the unpaid principal balance at the annual rate of 10%.  A.R.S 44-1201; A.A.C R6-3-1812.

4. OFFSET FROM SUBSEQUENT BENEFITS:  If after the establishment of a non-fraud overpayment, a claimant files for benefits, the Department will deduct 100% of the

DL1-2014A
Revised July 2015

benefit amount due each week to **offset** the balance due on the overpayment.

A claimant may request that the offset amount be reduced to 50%. Such request can be done in writing or by telephone. The request should be directed to the address shown at the top of the Determination of Overpayment. If a written request is submitted it should include the claimant's:
1. Social Security Number,
2. Current address and telephone number,
3. The reason for the request, and
4. The claimant's signature. If the offset reduction request is denied, the Department will issue a written determination on the offset request. The claimant may appeal this denial (See "Appeal Rights" section, below). If the request is granted a letter will be sent to the claimant advising when the offset reduction becomes effective.

5. MORE THAN ONE OVERPAYMENT: If more than one overpayment exists, any remaining benefits due will be applied to the outstanding overpayment balances in the following order: non-fraud and administrative. Within each category the Department will deduct the oldest overpayment first. Fraud overpayments cannot be offset.

6. COLLECTION EFFORTS: Collection starts the day after the overpayment becomes final  (15 days after the time to file an appeal and no appeal is filed, or after all filed appeals are determined and no further right to appeal exists)   has been entered in the Accounts Receivable Integrated Collection System (ARICS).

7. COURT ACTION:  On a non-fraud overpayment, the Department, through the state Attorney General's Office, may pursue civil court action to collect the overpayment. A.R.S. § 23-787(F).

Under Section 804(b) of the Unemployment Compensation Law,

Any person who other than by reason of his fault has received with
respect to a benefit year any sum as compensation under this act to which he was not entitled shall not be liable to repay such sum but shall be liable to have such sum deducted from any future compensation payable to him with respect to such benefit year, or the three-year period immediately following such benefit year: Provided, That with respect to overpayments of one hundred dollars or more, recoupment from such future compensation shall not exceed one-third of the maximum benefit amount to which such person is entitled during any such subsequent benefit year nor one-third of the weekly benefit amount to which such person may be entitled for any particular week.

(WREX) — Part of the new COVID-19 relief bill includes a fix for those being asked to pay back money they received earlier in the pandemic.

PUA or Pandemic Unemployment Assistance, is a federal program approved in the Cares Act that allows states to provide relief to workers who don't meet unemployment qualification.

Earlier this month, some Illinois residents who received PUA funds were asked to pay the money back, sometimes as much as thousands of dollars.

The state called it a federal issue, not a state issue.

The new bill signed by Congress on Monday gives the control back to the states.

DL1-2014A
Revised July 2015

The bill allows the state to waive the repayment if it it determines that the person who applied for the PUA was not at fault or the repayment "would be contrary to equity and good conscience."

Exact language can be fou



19   MENTS OF

20   Section 210

21   is amended

22        "(

23   viduals

24   employ

25   tled, th

December 21, 2020 (9:35 a.m.)

UA2021OMNIM4OMN



Menu

- Information

- Home

- Accessibility

- My Dashboard

- Sign Out

- Services for Individuals

Close

-

**Sign Out**
 Sign Out

**Top**

**Please select from the Benefits Plan Profile options listed below.**

1   the am

2   ance t

3   agency

4   that—

5

6        pl

7        pa

8

9        eq

Select claim to view:

PUA (Covid-19 ARP) #9270642 File Date 3/21/2021  ▼

-1-

For help click the information icon.

Unemployment Insurance Claim Information

## Unemployment Insurance Claim Information

### Claimant Details

### Claimant Details

Below is the personal information items concerning your benefit claim. Clicking the *Edit Information* link will allow you to modify address and phone information.

**Claimant Name:** Jeffery Bernstein

| | |
|---|---|
| **Address:** | 2370 W. Hwy 89A, Sweet 11, unit 256 |
| **City:** | Sedona |
| **State:** | AZ |
| **Zip:** | 86336-3236 |

### Claim Details

### Claim Details

Below are the details of your current benefit claim. You may find more information by clicking the *More Information* link.

| | |
|---|---|
| **Claim #:** | 9270642 |
| **Claim Type:** | New |
| **Claim Status:** | Regular Active |
| **Available Credits:** | $3,393.00 |
| **Weekly Benefit Amount:** | $117.00 |
| **Claim Benefit Paid** | $1,677.00 |
| **Federal Tax Withheld:** | No |

[ More Information ]

Weekly Benefit Certifications

## Weekly Benefit Certifications

Below are the weeks for which you have completed certifications to continue your unemployment benefits.

| # | Week Ending | Certification Filing Date | Benefi |
|---|---|---|---|
| 19 | 07/24/2021 | 7/25/2021 9:27:30 AM | 7/2 |
| 18 | 07/17/2021 | 7/18/2021 12:26:49 PM | 7/2 |
| 17 | 07/10/2021 | 7/11/2021 11:31:53 AM | 7/2 |
| 16 | 07/03/2021 | 7/5/2021 7:49:14 PM | 7/2 |
| 15 | 06/26/2021 | 6/27/2021 7:18:54 AM | 7/2 |
| 14 | 06/19/2021 | 6/20/2021 7:56:37 AM | In F |
| 13 | 06/12/2021 | 6/13/2021 1:57:24 PM | In F |
| 12 | 06/05/2021 | 6/6/2021 9:26:15 PM | 6/ |
| 11 | 05/29/2021 | 5/31/2021 12:22:13 PM | 6/ |
| 10 | 05/22/2021 | 5/23/2021 9:47:06 AM | 5/2 |
| 9 | 05/15/2021 | 5/20/2021 11:45:36 AM | In F |
| 8 | 05/08/2021 | 5/9/2021 9:00:02 AM | 5/1 |
| 7 | 05/01/2021 | 5/5/2021 11:45:47 AM | 5/( |
| 6 | 04/24/2021 | 4/26/2021 9:39:07 AM | 4/2 |
| 5 | 04/17/2021 | 4/18/2021 8:37:50 AM | 4/1 |
| 4 | 04/10/2021 | 4/11/2021 8:21:02 AM | 4/1 |
| 3 | 04/03/2021 | 4/4/2021 11:11:20 AM | 4/ |
| 2 | 03/27/2021 | 3/28/2021 9:53:05 AM | |
| 1 | 03/20/2021 | 3/22/2021 6:44:58 AM | |

[ Edit Information ]



**Claim Effecti**
**Benefit Year E**
**Payment Typ**
**Claim Benefit**

Page [ ] of 1

Rows: [ 100 ]

[ File Benefit Certification ]

Payment Summary
## Payment Summary

-1-

DL1-2014A
Revised July 2015

Below are the details on how each weekly payment was determined.

| # | Week Ending | Earnings Claimed | |
|---|---|---|---|
| 3 | 04/03/2021 | $117.00 | $ |
| 2 | 03/27/2021 | $117.00 | $ |

| # | Week Ending | WBA | Earnings Claimed | Total Deductions | Stimulus Am |
|---|---|---|---|---|---|
| | | | | | Claimant: $1,70 |
| 19 | 07/24/2021 | $117.00 | $0.00 | $0.00 | |
| 18 | 07/17/2021 | $117.00 | Claimant: $27.00 ($0.00 after allowance) | $0.00 | |
| 17 | 07/10/2021 | $117.00 | Claimant: $108.00 ($77.50 after allowance) | $0.00 | |
| 16 | 07/03/2021 | $117.00 | $0.00 | $0.00 | |
| 15 | 06/26/2021 | $117.00 | $0.00 | $0.00 | |
| 14 | 06/19/2021 | $117.00 | Claimant: $160.00 | $0.00 | |
| 13 | 06/12/2021 | $117.00 | Claimant: $189.00 | $0.00 | |
| 12 | 06/05/2021 | $117.00 | $0.00 | $0.00 | |
| 11 | 05/29/2021 | $117.00 | $0.00 | $0.00 | |
| 10 | 05/22/2021 | $117.00 | $0.00 | $0.00 | |
| 9 | 05/15/2021 | $117.00 | Claimant: $1,600.00 | $0.00 | |
| 8 | 05/08/2021 | $117.00 | $0.00 | $0.00 | |
| 7 | 05/01/2021 | $117.00 | $0.00 | $0.00 | |
| 6 | 04/24/2021 | $117.00 | $0.00 | $0.00 | |
| 5 | 04/17/2021 | $117.00 | $0.00 | $0.00 | |
| 4 | 04/10/2021 | $117.00 | $0.00 | $0.00 | |

Based on the policy of your financial institution it may take up to three days for funds to appear in your account.

Overpayment Summary

Overpayment Amount Summary

Below is a summary of overpayments to your benefit claim. An overpayment results when more funds were dispersed than you were eligible for.

Total Overpaid Amount:
$0.00 (Principal: $0.00, Penalty: $0.00, Interest: $0.00, Lien Fees: $0.00)

Total Amount Recovered:
$0.00 (Offset: $0.00, Reimbursement: $0.00)

Total Amount Cancelled:
$0.00

Total Amount Waived:
$0.00

Total Amount Written Off:
$0.00

Total Amount Refunded / Pending:
$0.00 / $0.00

DL1-2014A
Revised July 2015

**Total Outstanding Balance:**
$0.00 (Principal: $0.00, Penalty:
$0.00, Interest: $0.00, Lien Fees:
$0.00)

**Total Assessed Balance:**
$0.00 (Principal: $0.00, Penalty:
$0.00, Interest: $0.00, Lien Fees:
$0.00)

**Total Number of Overpaid
Weeks:**
0
Overpayment Cases
Overpayment Cases

includes additional overpayments and payments toward the
overpayment balance.

**Benefit Year Beginning Date:**
3/14/2021

**First Overpaid Claim Week Ending Date:**
2/8/2020

**Last Overpaid Claim Week Ending Date:**
7/24/2021

| | Case Number | Week |
|---|---|---|
| | 1 257691 | 02/08 |
| | 1 | 02/15 |

| Case # | Claim # | Established / Assessment Date | Status | OP Type | Establish |
|---|---|---|---|---|---|
| 1 257691 | 19252 DUA - PUA | Established: N/A Assessed: N/A | Active Change Date: 7/30/2021 | Non-Fraud Issue ID: 21476422 | 02/22 (Bala |
| 2 257692 | 19252 Stimulus - FPUC | Established: N/A Assessed: N/A | Active Change Date: 7/30/2021 | Non-Fraud Issue ID: 21476422 | 02/29 (Bala |
| 3 257693 | 19252 LWAP | Established: N/A Assessed: N/A | Active Change Date: 7/30/2021 | Non-Fraud Issue ID: 21476422 | 03/07 (Bala |
| 4 257694 | 19252 Stimulus - FPUC 2 | Established: N/A Assessed: N/A | Active Change Date: 7/30/2021 | Non-Fraud Issue ID: 21476422 | 03/14 (Bala |
| 5 257698 | 9270642 DUA - PUA | Established: N/A Assessed: N/A | Active Change Date: 7/30/2021 | Non-Fraud Issue ID: 22924569 | 03/21 (Bala |
| 6 257699 | 9270642 Stimulus - FPUC 2 | Established: N/A Assessed: N/A | Active Change Date: 7/30/2021 | Non-Fraud Issue ID: 22924569 | 03/28 (Bala |
| | | | 1 257691 | | 04/04 |
| | | | 1 257691 | | 04/11 |
| | | | 1 257691 | Page  of 1 | 04/18 |
| | | | 1 257691 | Rows: 100 | 04/25 |

Overpayment Details
Overpayment Details
Below are the details of system
overpayments on a weekly basis. It

DL1-2014A
Revised July 2015

| 1 257691 | | 05/02/2020 257691 | | 08/29 |
| 1 257691 | | 05/09/2020 257691 | | 09/05 |
| 1 257691 | | 05/16/2020 257691 | | 09/12 |
| 1 257691 | | 05/23/2020 257691 | | 09/19 |
| 1 257691 | | 05/30/2020 257691 | | 09/26 |
| 1 257691 | | 06/06/2020 257691 | | 10/03 |
| 1 257691 | | 06/13/2020 257691 | | 10/10 |
| 1 257691 | | 06/20/2020 257691 | | 10/17 |
| 1 257691 | | 06/27/2020 257691 | | 10/24 |
| 1 257691 | | 07/04/2020 257691 | | 10/31 |
| 1 257691 | | 07/11/2020 257691 | | 11/07 |
| 1 257691 | | 07/18/2020 257691 | | 11/14 |
| 1 257691 | | 07/25/2020 257691 | | 11/21 |
| 1 257691 | | 08/01/2020 257691 | | 11/28 |
| 1 257691 | | 08/08/2020 257691 | | 12/05 |
| 1 257691 | | 08/15/2020 257691 | | 12/12 |
| 1 257691 | | 08/22/2020 257691 | | 12/19 |

DL1-2014A
Revised July 2015

| 1 257691 | | 12/26/2020 257692 | | 07/04 |
| 1 257691 | | 01/02/2021 257692 | | 07/11 |
| 1 257691 | | 01/09/2021 257692 | | 07/18 |
| 1 257691 | | 01/16/2021 257692 | | 07/25 |
| 2 257692 | | 04/04/2020 257693 | | 08/01 |
| 2 257692 | | 04/11/2020 257693 | | 08/08 |
| 2 257692 | | 04/18/2020 257693 | | 08/15 |
| 2 257692 | | 04/25/2020 257693 | | 08/22 |
| 2 257692 | | 05/02/2020 257693 | | 08/29 |
| 2 257692 | | 05/09/2020 257693 | | 09/05 |
| 2 257692 | | 05/16/2020 257694 | | 01/02 |
| 2 257692 | | 05/23/2020 257694 | | 01/09 |
| 2 257692 | | 05/30/2020 257694 | | 01/16 |
| 2 257692 | | 06/06/2020 257698 | | 03/27 |
| 2 257692 | | 06/13/2020 257698 | | 04/03 |
| 2 257692 | | 06/20/2020 257698 | | 04/10 |
| 2 257692 | | 06/27/2020 257698 | | 04/17 |

DL1-2014A
Revised July 2015

| 5 257698 | | 04/24/2021 257699 | | 05/08 |
| 5 257698 | | 05/01/2021 257699 | | 05/22 |
| 5 257698 | | 05/08/2021 257699 | | 05/29 |
| 5 257698 | | 05/22/2021 | | |
| 5 257698 | | 05/29/2021 | | |
| 5 257698 | | 06/05/2021 | | |
| 5 257698 | | 06/26/2021 | | |
| 5 257698 | | 07/03/2021 | | |
| 5 257698 | | 07/10/2021 | | |
| 5 257698 | | 07/17/2021 | | |
| 5 257698 | | 07/24/2021 | | |
| 6 257699 | | 03/27/2021 | | |
| 6 257699 | | 04/03/2021 | | |
| 6 257699 | | 04/10/2021 | | |
| 6 257699 | | 04/17/2021 | | |
| 6 257699 | | 04/24/2021 | | |
| 6 257699 | | 05/01/2021 | | |

**Overpayment Penalty Weeks Detail**

Below are the details of overpayment penalty weeks. **No records found**

**Out of State Overpayments**

Below is a summary of overpayments outstanding in a state other than AZ. These overpayment amounts will be offset from AZ UI benefits paid until this debt is cleared. **No records found**

**AZ Overpayment Recovery Notice - IB 8606**

The link sends a letter to the individual notifying them the ARIZONA DEPARTMENT OF ECONOMIC SECURITY is requesting assistance to recover an unpaid overpayment balance. This notice must be sent every time an IB 8606 recovery request is entered through the ICON hub. For each new IB 8606 form created at the ICON hub, it is immediately received by the other state and a new notice letter must be sent to the claimant.

**Overpayment Penalty Determinations**

**No records found**

**Overpayment Correspondence**

**No records found**

**Overpayments Repayments Refund**

-1-

DL1-2014A
Revised July 2015

**No records found**

Employers and Income During
Base Period

## Employers and Income During Base Period

Below are the employers for which
you earned income during
your *Base Period of Monetary
Determination.*

**Weekly Benefit Amount:** $117.00
**Maximum Benefit
Amount:** $3,393.00

| Employer | State Source | Q1 1/1/2019- 3/31/2019 | Q2 4/1/2019- 6/30/2019 | Q3 7/1/2019- 9/30/2019 |
|---|---|---|---|---|
| Total | | | | |

For more information on
unemployment benefits click
here to access Unemployment
Services.

Top
**Please select from the
Benefits Plan Profile
options listed below.**

Select claim to view:

| PUA (Covid-19 ARP) #9270642 File Date 3/21/2021 ▼ |
|---|

For help click the
information icon.

Unemployment Insurance Claim Information

## Unemployment Insurance Claim Information

Claimant Details

## Claimant Details

Below is the personal information items concerning your
benefit claim. Clicking the *Edit Information* link will allow you to
modify address and phone information.

**Claimant Name:** Jeffery Bernstein

| | |
|---|---|
| **Address:** | 2370 W. Hwy 89A, Sweet 11, unit 256 |
| **City:** | Sedona |
| **State:** | AZ |
| **Zip:** | 86336-3236 |

Claim Details

find more information by clicking the *More Information* link.

| | |
|---|---|
| **Claim #:** | 9270642 |
| **Claim Type:** | New |
| **Claim Status:** | Regular Active |
| **Available Credits:** | $3,393.00 |
| **Weekly Benefit Amount:** | $117.00 |
| **Claim Benefit Paid** | $1,677.00 |
| **Federal Tax Withheld:** | No |

[ More Information ]

Weekly Benefit Certifications

## Weekly Benefit Certifications

Below are the weeks for which you have completed
certifications to continue your unemployment benefits.

| # | Week Ending | Certification Filing Date | Benefi |
|---|---|---|---|
| 19 | 07/24/2021 | 7/25/2021 9:27:30 AM | 7/2 |
| 18 | 07/17/2021 | 7/18/2021 12:26:49 PM | 7/2 |
| 17 | 07/10/2021 | 7/11/2021 11:31:53 AM | 7/2 |
| 16 | 07/03/2021 | 7/5/2021 7:49:14 PM | 7/2 |
| 15 | 06/26/2021 | 6/27/2021 7:18:54 AM | 7/2 |
| 14 | 06/19/2021 | 6/20/2021 7:56:37 AM | In F |

-1-

DL1-2014A
Revised July 2015

| 13 | 06/12/2021 | 6/13/2021 1:57:24 PM | In Progress | $117.00 | N/A | Claimant: $10 ($77.50 after allow |
| 12 | 06/05/2021 | 6/6/2021 9:26:15 PM | 07/03/2021 | $117.00 | 7027743 | $ |
| 11 | 05/29/2021 | 5/31/2021 12:22:13 PM | 6/1/2021 | | 6960022 | |
| 10 | 05/22/2021 | 5/23/2021 9:47:06 AM | 5/24/2021 | $117.00 | 6937114 | $ |
| 9 | 05/15/2021 | 5/20/2021 11:45:36 AM | In Progress | $117.00 | N/A | Claimant: $16 |
| 8 | 05/08/2021 | 5/9/2021 9:00:02 AM | 5/10/2021 | | 6759833 | |
| 7 | 05/01/2021 | 5/5/2021 11:45:47 AM | 5/6/2021 | $117.00 | 6752400 | Claimant: $18 |
| 6 | 04/24/2021 | 4/26/2021 9:39:07 AM | 4/27/2021 | $117.00 | 6677898 | $ |
| 5 | 04/17/2021 | 4/18/2021 8:37:50 AM | 4/19/2021 | | 6607403 | |
| 4 | 04/10/2021 | 4/11/2021 8:21:02 AM | 4/12/2021 | $117.00 | 6538823 | $ |
| 3 | 04/03/2021 | 4/4/2021 11:11:20 AM | 4/6/2021 | $117.00 | 6464370 | |
| 2 | 03/27/2021 | 3/28/2021 9:53:05 AM | 3/29/2021 | | 6397757 | |
| 1 | 03/20/2021 | 3/22/2021 6:44:58 AM | In Progress | $117.00 | N/A | Claimant: $1.60 |

Page [ 1 ▼ ] of 1

Rows: [ 100 ▼ ]

[ File Benefit Certification ]

Payment Summary

## Payment Summary

Below are the details on how each weekly payment was determined.

| # | Week Ending | WBA | Earnings Claimed | | Total Deductions | | Stimulus Am |
|---|---|---|---|---|---|---|---|
| 19 | 07/24/2021 | $117.00 | 1 | 03/20/2020 $0.00 | $117.00 | $0.00 | Claimant: $1,70 |
| 18 | 07/17/2021 | $117.00 | | Claimant: $27.00 ($0.00 after allowance) | | $0.00 | |
| | | | 2 | 03/27/2021 | $117.00 | | |
| | | | 3 | 04/03/2021 | $117.00 | | $ |
| | | | 4 | 04/10/2021 | $117.00 | | $ |
| | | | 5 | 04/17/2021 | $117.00 | | $ |
| | | | 6 | 04/24/2021 | $117.00 | | $ |
| | | | 7 | 05/01/2021 | $117.00 | | $ |
| | | | 8 | 05/08/2021 | $117.00 | | $ |

DL1-2014A
Revised July 2015

**Total Outstanding Balance:**
$0.00 (Principal: $0.00, Penalty: $0.00, Interest: $0.00, Lien Fees: $0.00)

Page [ 1 ] of 1

**Total Assessed Balance:**
$0.00 (Principal: $0.00, Penalty: $0.00, Interest: $0.00, Lien Fees: $0.00)

Rows: [ 100 ]

Based on the policy of your financial institution it may take up to three days for funds to appear in your account.

**Total Number of Overpaid Weeks:**
0

Overpayment Cases
## Overpayment Cases

Overpayment Summary
## Overpayment Summary

Overpayment Amount Summary
## Overpayment Amount Summary

Below is a summary of overpayments to your benefit claim. An overpayment results when more funds were dispersed than you were eligible for.

| Case # | Claim # | Established / Assessment Date | |
|--------|---------|------------------------------|---|
| 1 257691 | 19252 DUA - PUA | Established: N/A Assessed: N/A | Chang |
| 2 257692 | 19252 Stimulus - FPUC | Established: N/A Assessed: N/A | Chang |
| 3 257693 | 19252 LWAP | Established: N/A Assessed: N/A | Chang |
| 4 257694 | 19252 Stimulus - FPUC 2 | Established: N/A Assessed: N/A | Chang |
| 5 257698 | 9270642 DUA - PUA | Established: N/A Assessed: N/A | Chang |
| 6 257699 | 9270642 Stimulus - FPUC 2 | Established: N/A Assessed: N/A | Chang |

**Total Overpaid Amount:**
$0.00 (Principal: $0.00, Penalty: $0.00, Interest: $0.00, Lien Fees: $0.00)

**Total Amount Recovered:**
$0.00 (Offset: $0.00, Reimbursement: $0.00)

**Total Amount Cancelled:**
$0.00

**Total Amount Waived:**
$0.00

**Total Amount Written Off:**
$0.00

**Total Amount Refunded / Pending:**
$0.00 / $0.00

Overpayment Details
## Overpayment Details

Below are the details of system overpayments on a weekly basis. It includes additional overpayments and payments toward the overpayment balance.

**Benefit Year Beginning Date:**

-1-

DL1-2014A
Revised July 2015

3/14/2021

**First Overpaid Claim Week Ending Date:**
2/8/2020

**Last Overpaid Claim Week Ending Date:**
7/24/2021

AZ Overpayment Recovery Notice - IB 8606
The link sends a letter to the individual notifying them the
ARIZONA DEPARTMENT OF ECONOMIC SECURITY is
requesting assistance to recover an unpaid overpayment
balance. This notice must be sent every time an IB 8606
recovery request is entered through the ICON hub. For each
new IB 8606 form created at the ICON hub, it is immediately
sent to the claimant.

| Case Number | Week Ending | Over |
|---|---|---|
| 6 257699 | 06/05/20 **No records found** Overpayment Penalty Determinations | |
| 6 257699 | Overpayment Penalty Determinations 06/26/2021 **No records found** Overpayment Correspondence | |
| 6 257699 | Overpayment Correspondence 07/03/2021 **No records found** | |
| 6 257699 | Overpayments Repayments Refund 07/10/2021 Overpayments Repayments Refund **No records found** | |

Employers and Income During Base Period
Employers and Income During Base Period

Page [2] of 2
Below are the employers for which you earned income during
your *Base Period of Monetary Determination.* Rows:

Overpayment Penalty Weeks
Detail
Overpayment Penalty Weeks
Detail
 Below are the details of
overpayment penalty weeks.
**No records found**
Out of State Overpayments
Out of State Overpayments
Below is a summary of
overpayments outstanding in a
state other than AZ. These
overpayment amounts will be
offset from AZ UI benefits paid
until this debt is cleared.
**No records found**
AZ Overpayment Recovery Notice
- IB 8606

**Weekly Benefit Amount:** $117.00
**Maximum Benefit Amount:** $3,393.00

| Employer | State Source | Q1 4/1/201 6/30/20 |
|---|---|---|
| Total | | |

For more information on unemployment benefits click here to
access Unemployment Services.

- My Dashboard
- Sign Out
- Services for Individuals

-1-

DL1-2014A
Revised July 2015

Close

–

**Sign Out**

Sign Out

Top

## Please select from the Benefits Plan Profile options listed below.

Select claim to view:

| PUA (Covid-19 ARP) #9270642 File Date 3/21/2021 ▼ |

For help click the information icon.

Unemployment Insurance Claim Information

Unemployment Insurance Claim Information

Claimant Details

**Claimant Details**

Below is the personal information items concerning your benefit claim. Clicking the *Edit Information* link will allow you to modify address and phone information.

**Claimant Name:** Jeffery Bernstein

**Address:** 2370 W. Hwy 89A, Sweet 11, unit 256
**City:** Sedona
**State:** AZ
**Zip:** 86336-3236

Claim Details

Claim Details

Below are the details of your current benefit claim. You may find more information by clicking the *More Information* link.

**Claim #:** 9270642
**Claim Type:** New
**Claim Status:** Regular Active
**Available Credits:** $3,393.00
**Weekly Benefit Amount:** $117.00
**Claim Benefit Paid** $1,677.00
**Federal Tax Withheld:** No

[ More Information ]

Weekly Benefit Certifications

### Weekly Benefit Certifications

[ Unemployment Benefits ]

Below are the weeks for which you have completed certifications to continue your unemployment benefits.

| # | Week Ending | Certification Filing Date | Benefi |
|---|-------------|---------------------------|--------|
| 19 | 07/24/2021 | 7/25/2021 9:27:30 AM | 7/2 |
| 18 | 07/17/2021 | 7/18/2021 12:26:49 PM | 7/2 |
| 17 | 07/10/2021 | 7/11/2021 11:31:53 AM | 7/2 |
| 16 | 07/03/2021 | 7/5/2021 7:49:14 PM | 7/2 |
| 15 | 06/26/2021 | 6/27/2021 7:18:54 AM | 7/2 |
| 14 | 06/19/2021 | 6/20/2021 7:56:37 AM | In F |
| 13 | 06/12/2021 | 6/13/2021 1:57:24 PM | In F |
| 12 | 06/05/2021 | 6/6/2021 9:26:15 PM | 6/ |
| 11 | 05/29/2021 | 5/31/2021 12:22:13 PM | 6/ |
| 10 | 05/22/2021 | 5/23/2021 9:47:06 AM | 5/2 |
| 9 | 05/15/2021 | 5/20/2021 11:45:36 AM | In F |
| 8 | 05/08/2021 | 5/9/2021 9:00:02 AM | 5/1 |
| 7 | 05/01/2021 | 5/5/2021 11:45:47 AM | 5/ |
| 6 | 04/24/2021 | 4/26/2021 9:39:07 AM | 4/2 |
| 5 | 04/17/2021 | 4/18/2021 8:37:50 AM | 4/1 |
| | | [ Edit Information ] | |
| 4 | 04/10/2021 | 4/11/2021 8:21:02 AM | 4/1 |

DL1-2014A
Revised July 2015

| 3 | 04/03/2021 | 4/4/2021 11:11:20 AM | 05/22/2021 | $117.00 | 6464370 | $ |
| 2 | 03/27/2021 | 3/28/2021 9:53:05 AM | 3/29/2021 / 05/15/2021 | $117.00 | 6397757 | Claimant: $1,60 |
| 1 | 03/20/2021 | 3/22/2021 6:44:58 AM | In Progress | | N/A | |

| | | | 8 | 05/08/2021 | $117.00 | |
| | | | 7 | 05/01/2021 | $117.00 | $ |
| | Page | 1 | of 1 | 04/24/2021 | $117.00 | |
| Rows: | 100 | | 5 | 04/17/2021 | $117.00 | $ |

[ File Benefit Certification ]

Payment Summary

## Payment Summary

Below are the details on how each
weekly payment was determined.

| | | | 4 | 04/10/2021 | $117.00 | $ |
| | | | 3 | 04/03/2021 | $117.00 | $ |
| | | | 2 | 03/27/2021 | $117.00 | |

| # | Week Ending | WBA | Earnings Claimed | | Total Deductions | | Stimulus Am |
|---|---|---|---|---|---|---|---|
| 19 | 07/24/2021 | $117.00 | 1 | 03/20/2021 $0.00 | $117.00 | $0.00 | Claimant: $1,70 |
| 18 | 07/17/2021 | $117.00 | Claimant: $27.00 ($0.00 after allowance) | | $0.00 | | |
| 17 | 07/10/2021 | $117.00 | Claimant: $108.00 ($77.50 after allowance) | | $0.00 | | |
| 16 | 07/03/2021 | $117.00 | $0.00 | | $0.00 | | |
| 15 | 06/26/2021 | $117.00 | Based on the policy of your financial institution, it may take up to three days for funds to appear in your account. | | $0.00 | | |
| 14 | 06/19/2021 | $117.00 | Claimant: $160.00 | | $0.00 | | |
| 13 | 06/12/2021 | $117.00 | Claimant: $189.00 | | $0.00 | | |
| 12 | 06/05/2021 | $117.00 | $0.00 | | $0.00 | | |
| 11 | 05/29/2021 | $117.00 | $0.00 | | $0.00 | | |

## Overpayment Summary

## Overpayment Amount Summary

Below is a summary of overpayments to your benefit claim. An
overpayment results when more funds were dispersed than
you were eligible for.

**Total Overpaid Amount:**

-1-

DL1-2014A
Revised July 2015

$0.00 (Principal: $0.00, Penalty: $0.00, Interest: $0.00, Lien Fees: $0.00)

**Total Amount Recovered:**
$0.00 (Offset: $0.00, Reimbursement: $0.00)

**Total Amount Cancelled:**
$0.00

**Total Amount Waived:**
$0.00

**Total Amount Written Off:**
$0.00

**Total Amount Refunded / Pending:**
$0.00 / $0.00

**Total Outstanding Balance:**
$0.00 (Principal: $0.00, Penalty: $0.00, Interest: $0.00, Lien Fees: $0.00)

**Total Assessed Balance:**
$0.00 (Principal: $0.00, Penalty: $0.00, Interest: $0.00, Lien Fees: $0.00)

**Total Number of Overpaid Weeks:**
0

Overpayment Cases
Overpayment Cases

| 3 257693 | 19252 LWAP | Established: N/A Assessed: N/A | Chang |
| 4 257694 | 19252 Stimulus - FPUC 2 | Established: N/A Assessed: N/A | Chang |
| 5 257698 | 9270642 DUA - PUA | Established: N/A Assessed: N/A | Chang |
| 6 257699 | 9270642 Stimulus - FPUC 2 | Established: N/A Assessed: N/A | Chang |

Overpayment Details
Overpayment Details
Below are the details of system overpayments on a weekly basis. It includes additional overpayments and payments toward the overpayment balance.

**Benefit Year Beginning Date:**
3/14/2021

**First Overpaid Claim Week Ending Date:**
2/8/2020

**Last Overpaid Claim Week Ending Date:**
7/24/2021

| Case Number | Week |
|---|---|
| 6 257699 | 06/05 |

| Case # | Claim # | Established / Assessment Date | Status | OP Type | Establish |
|---|---|---|---|---|---|
| 1 257691 | 19252 DUA - PUA | Established: N/A Assessed: N/A | 257699 Active Change Date: 7/30/2021 257699 | Non-Fraud Issue ID: 21476422 | (7/06 |
| 2 257692 | 19252 Stimulus - FPUC | Established: N/A Assessed: N/A | 257699 Active Change Date: 7/30/2021 257699 | Non-Fraud Issue ID: 21476422 | (7/06 |

-1-

Overpayment Penalty Determinations

## Overpayment Penalty Determinations

**No records found**

Overpayment Correspondence

## Overpayment Correspondence

**No records found**

Overpayments Repayments Refund

## Overpayments Repayments Refund

**No records found**

Employers and Income During Base Period

## Employers and Income During Base Period

Below are the employers for which you earned income during your *Base Period of Monetary Determination*.

**Weekly Benefit Amount:** $117.00

**Maximum Benefit Amount:** $3,393.00

| Employer | State Source | Q1 4/1/201 6/30/201 |
|---|---|---|
| Total | | |

For more information on unemployment benefits click here to access Unemployment Services.

---

Return to Dashboard

We value your input, did you find what you were looking for?

- About
- 
- 
- Sign Out
- 
- 
- Home
- Site Map

Overpayment Penalty Weeks Detail

## Overpayment Penalty Weeks Detail

Below are the details of overpayment penalty weeks.

**No records found**

Out of State Overpayments

## Out of State Overpayments

Below is a summary of overpayments outstanding in a state other than AZ. These overpayment amounts will be offset from AZ UI benefits paid until this debt is cleared.

**No records found**

AZ Overpayment Recovery Notice - IB 8606

## AZ Overpayment Recovery Notice - IB 8606

The link sends a letter to the individual notifying them the ARIZONA DEPARTMENT OF ECONOMIC SECURITY is requesting assistance to recover an unpaid overpayment balance. This notice must be sent every time an IB 8606 recovery request is entered through the ICON hub. For each new IB 8606 form created at the ICON hub, it is immediately received by the other state and a new notice letter must be sent to the claimant.

**No records found**

Page 2 of 2

Rows: 100

-1-

- Site Search

- Settings
- Accessibility Statement
- Preferred Settings
-
- Page Preferences
-

- Legal
- Privacy Statement
- Terms of Use
- Disclaimer
- EEO

- Resources
- Protect Yourself
- Feedback
- Assistance
-

- Arizona's Pandemic Unemployment Assistance Portal
- Contact Us
- 120 W 1st Ave
- Mesa, AZ 85210

Copyright © 1998-2021 Geographic Solutions, Inc. All rights reserved.

Return to Dashboard

We value your input, did you find what you were looking for?

- About
-
-

- Sign Out

-
-
- Home
- Site Map
- Site Search

- Settings
- Accessibility Statement
- Preferred Settings

- Page Preferences

- Legal
- Privacy Statement
- Terms of Use
- Disclaimer
- EEO

- Resources
- Protect Yourself
- Feedback
- Assistance
-

- Arizona's Pandemic Unemployment Assistance Portal
- Contact Us
- 120 W 1st Ave
- Mesa, AZ 85210

Copyright © 1998-2021 Geographic Solutions, Inc. All rights reserved.

**Virtual One Stop** - Sapphire

opic: Trying to contact someone at DES.
I have sent two emails to this address: vfila@azdes.gov. I read in some of the posts on here that this person can get things done for you. So far, I have not even received any type of reply. Has anyone else had any success getting anything done through this person? Is there someone that can be recommended to contact?