THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCivP 5.4
(Rule Number/Section)

CV21-08174-PCT-GMS

```
FILED         LODGED
RECEIVED      COPY

AUG 03 2021

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY                DEPUTY
```

# Very Important

Please read First two pages today for emediate Injunction Request For my safty

How I see things from my vantage point.

Thanks Jeffery Bernstein

Aug 2, 2021

*I have two decades of private litigation experience and investigation experience*

**High Priority – Very Important Read (2) pages today**

*For my safty*

Dear Clerk of Court,

*Please Also File these Doc's As My Lawsuit — Initial Complaint (+) Emediate Injunction Thanks*

→ *Based on my evidence, and what I can see from my vantage point.*

This is a time sensitive request for my safety. I have contacted the FBI in over twenty tips and phone five times updating them on the harassment and retaliation by DES over the last year and it is now getting much worse for me. Continued harassment and retaliation by DES or other State agencies as I have only so much tools from my vantage point. I have a disability of progressive multiple sclerosis. I am an Army Vet. With my disability I am very vulnerable to stress as well as wrongful impressive could kill me given my current physical condition. I have filed complaints with the Arizona AG, and contacted every top member of the Arizona AG, along with the US AG and I am not getting any response back from any of these agencies including the FBI.

*Please also allow more time for a response to Defendents Answer, as I have a disability w/ limited resources and need extra time during all motion practice, thanks so very much.*

Therefore I see this request as my only last resort. If I were to call the police in my small town of Sedona, from what I gather they will just refer me back to your office I assume. Evidence speaks for itself. I am fully aware a request like this is almost never granted but that is why it is critical a judge or an assistant to a judge who can then give a summery of the documents to a judge is needed so that the merits of my request can be approved.

I have exposed Billions of dollars of what I see in the hundreds of pages of documents that I am now going to mail to the courts that Arizona (again what agency and who is involved needs to be investigated further in discovery) funneled billions of dollars to the State dol. Now we know that is a fact in terms of transfer of these payments. It is a valid fact that $550 million of the rental assistance and only a few million went out and from what I understand over a $1 Billion sent to Arizona for PUA applicants was not given out and given back to the State. I believe this could be to cover massive pension shortfalls and other things.

→ *again based on my vantage point. How I see things as 800 page doc. explains* → *To be determined through proper legal discovery. Currently it's a hunch based on ten years of financial understandings and few years working on Wall Street as a mathmatician. I have 2.5 degrees best universities in the world.*

Every time I file a new discrimination complaint or expose this, it seems I keep getting further harassment and retaliation by DES or other State agencies, as I have no clue to the level I am being investigated. What you will find when reading the documents is that my safety is at risk. I believe that the next harassment against me will be fake criminal charges against me that could end my life as explained above with my disability. If you look at the progression of the retaliation from part one to now part ten, I can only conclude the next step will be a wrongful prosecution against me. I make this conclusion based on the previous events that have happened to me. Even if I am wrong about this, given the data and the severity of the retaliation and harassment, the risks involve as I see it are just to high to not allow an approval of this immediate, same day per my request injunction against every and all State agencies to stop targeting me, investigating me, harassing me, or prosecuting me.

→ *of Arizona*  *My health has been destroyed as a result of the events. See packet for details.* *(lack of sleep, lack of apitite, headaches, etc)*

*I really need one year, as in three months, not enough time.*

I would request this injunction occur for at least three months. The longer the better. One year would be optimal. I need some time in safety for my own health to be able to submit documents to the courts for Civil Litigation. I can care less about money, I informed the Arizona AG about this, this is just about the people of Arizona and improving the State. I have two decades of investigative experience so all the data

*Is about securing my safty.* → *So I can stop being sick all the time, scared rest of my life.*

→ *Injunction pertaining to anything related to the matters in the 800 pages of evidence. Also if possible a (Lifetime) injunction on same, related to the material in the packet. I am not asking for immunity for anything not related. I used to hold a top secret clearance, my entire life has been about helping others. no criminal record, etc.*

Page 1 of 2

you see is what I see is valid from my experience and the data accumulated from public records, live emails, affidavits, etc.

I really am trying to comply with all your court rules but I do ask for a reasonable accommodation under Section II of the ADA to make any accommodations as I have almost no access to transportation, very limited access to printers, scanners and even possibly a computer as I am moving so. My disability prevents me from doing many tasks.

→ Initial complaint for this case is Jeffery Isaiah Bernstein against Arizona DES and State of Arizona.

Please also to allow me to submit court documents. So I am requesting that these documents be submitted as the initial court records of this case, as well as the initial filing of the case if that is possible as I can always amend the document. So this document acts as my initial complaint and I ask if this document can be submitted as such and the opening of the case so I can start the next phase of serving papers etc. Yet that is not at a critical need. What is for my safety is the injunction documents as well as a case number so I can start adding records online, such as this large document as my initial complaint. I can always improve the complaint later, but I want to get something out there now for an initial filing. Nick in operations of the clerk of court was very helpful.

Please make an ADA II accommodation if possible to use the above information to file initial federal complaint. Thanks

Please mail the injunction approval and case number to my address:

Jeffery Isaiah Bernstein

25 Homestead Rd.

Sedona, AZ 86336.

Filings by Pro-se. I have two decades experience Pro-se. Some at Federal level.

I am requesting for an immediate injunction in this request, hopefully same day or same week if possible for my safety.

Very kind regards,

Jeffery Bernstein. Army Vet and Persons with a Disability.

[signature]  Aug 2nd, 2021

→ closer to the courthouse
Once I move I will be more organized, less sloppy, amend the initial complaint. I just needed to get this in quick today for my own safety. Thanks much.

Page 2 of 2





# Please Read

Please Read from Left Collumn First, Then Right Collumn next On each Page.

Also please add all Documets To Initial complaint, thanks much.

Please Add to this Initial complaint so defedent has reading Instructions, thanks.

Two Tech. Experts tried, this is the Only way to print this.

I have a disability, need an ADA Section II Accomodation to read document this way. Thanks much