From: Jeffery Bernstein
To: Clerk of Court

3:21-cv-08174-JJT

(1) Plantiff → Jeffery Bernstein
835 W. Brown street #B,
Tempe AZ 85281

Vs.

Arizona and other defendants.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE 5.4
(Rule Number/Section)

✓ FILED
__ RECEIVED
__ LODGED
__ COPY

JAN 0 6 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**Multiple Motion requests**

Dear Clerk of Court, → along with my nurological disability of multiple sclerosis
→ since the night of the day I submitted docs in person to the Clerk of Court
I have covid now and my hands are shaking and no access to a printer at the moment, so please disregard my writing here.

Also I became aware today Dec 29th by calling clerk of court I need to reserve all

Request — Motion #1 → Re-serve → all defendants have pacer, moot to serve again since they all have pacer

Request to waive 2nd service, yet keep defendants in case

Also to improve my health Request #1

1) All defendants have access to capital each in excess of $1 Billion (One Billion). Each has many legal teams. All have access to pacer. The rule to re-serve makes perfect sense to smaller defendants who do not have access to pacer, or before pacer existed. It is moot if defendants have that access, and we all know they do. I recived eBay's summons on the 2nd Amended complaint, will serve them of course, they were the only 1 do chance of no pacer. All other defendants, zero percent chance they do not have pacer. Requesting ADA Section II Accomidation. ~~why so few file complaint and therefor gov~~ ~~...~~ Also R-serving involves more Uber, large amounts of money, etc. —service fees

2) Request 30 day extension to → serve again if 1) denied
March 14th — complaint striked → April 14th

Because of lost time because of 2 types of covid I have had in the last month and limitations of my nurological disability, requesting an addition 30 days to serve again defendants if Request #1 is denied. ~~...~~ First I need to wait a month to see if my 2nd Amended complaint is striken, then have 2 serve many defendants, pay for all of this, etc.
→ serve all docket motions
→ estimate based on time from docket so far of events.

very kind regards, Jeffery Bernstein    Dec 29, 2021

If 1 denied serve by April 14