**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffery Bernstein, | No. CV-21-08174-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, *et al.*, | |
| Defendants. | |

At issue is the Court's Order (Doc. 35) regarding service of process of the Second Amended Complaint (Doc. 30), as well as *pro se* Plaintiff Jeffery Bernstein's Notices to the Court (Docs. 48, 56) regarding his intention not to serve Defendants in this matter. In this Order, the Court also resolves Defendant Google's Motion to Dismiss (Doc. 34).

In a prior Order (Doc. 24), the Court struck the first two Complaints filed in this action (Docs. 1, 15) for failure to comply with Federal Rules of Civil Procedure 8(a) and 10(b). Plaintiff filed the Second Amended Complaint (Doc. 30) on December 27, 2021, and the Court notified Plaintiff of his obligation to serve Defendants by March 29, 2022. (Doc. 35.) Plaintiff voluntarily dismissed numerous Defendants on January 27, 2022 (Doc. 44), and the Court entered an Order dismissing those Defendants (Doc. 45), leaving claims against three remaining Defendants: Google and the States of New York and Arizona.

On February 3, 2022, Plaintiff notified the Court that he did not intend to serve the State of Arizona. (Doc. 48.) Likewise, on February 22, 2022, Plaintiff notified the Court

that he did not intend to serve the remaining Defendants, Google and the State of New York, but instead consented to their dismissal without prejudice. (Doc. 56.)

The time for service now having passed, and in view of Plaintiff's Notices informing the Court of his intention not to serve Defendants in this matter, the Court now dismisses this action without prejudice.

**IT IS THEREFORE ORDERED** denying as moot Defendant Google LLC's Motion to Dismiss Plaintiff Jeffery Bernstein's Second Amended Complaint (Doc. 34).

**IT IS FURTHER ORDERED** dismissing Plaintiff's claims in this matter without prejudice based on Plaintiff's voluntary dismissals (Docs. 44, 48, 56) and failure to serve Defendants as required by the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment dismissing Plaintiff's claims without prejudice and close this case.

Dated this 7th day of April, 2022.

Honorable John J. Tuchi
United States District Judge